## *Certain Interested Underwriters at Lloyd's, London vs. Bear, LLC*

## EXHIBITS TO COMPLAINT

## TABLE OF CONTENTS

| **EXHIBIT NO.** | **PAGE** | **DESCRIPTION** |
|---|---|---|
| Exhibit A | 1 | Underwriters marine insurance policy, number 13H1167C2490 for the policy period of August 26, 2013 to August 25, 2014 |
| Exhibit B | 22 | August 28, 2013 Cover Note with attached Policy |
| Exhibit C | 81 | May 7, 2014, May 22, 2014, June 3, 2014, June 5, 2014, June 10, 2014, and June 11, 2014 written contract and written change orders |
| Exhibit D | 91 | June 30, 2014 Underwriter's Letter acknowledging Notice Of Loss and Request for Information and Documentation to Bear LLC |
| Exhibit E | 96 | August 6, 2014 Reservation Of Rights and Request For Information Letter from Underwriter's to Bear LLC |
| Exhibit F | 109 | December 5, 2014 response from Bear LLC to Underwriters Request For Information |
| Exhibit G | 116 | March 20, 2015 Disclaimer of Coverage Letter from Underwriter's to Bear LLC |

# EXHIBIT A

# EXHIBIT A

## RISK DETAILS

**ATTACHING TO**
**CONTRACT NO**      13H1167

**TYPE**            Marine Hull and Increase Value

**OVERSEAS BROKER**  Marsh US Inc Ft Lauderdale

**ASSURED**          Bear , LLC
                     34 Kenwood Parkway,
                     St Paul
                     Minnesota
                     USA

**LOSS PAYEE**       None advised

**YACHT**

| Name | Year | Flag | Type | Engine/MDS |
|------|------|------|------|------------|
| " Polar Bear " | 2009 | Delaware US | Citadel / Aleutian Steel TSDY 102' | Twin Caterpillar diesels 671hp maximum speed 11 - 13 knots |

**PAID CREW**       Full Time  2        Part Time  1-2

**MOORING**         Cruising

**PERIOD**          FROM   26th August 2013   at Local Standard Time at the address of the Assured
                    TO       25 th August  2014  at Local Standard Time at the address of the Assured
                    Both dates inclusive

**USE**             Private and pleasure use only

**TERRITORIAL**     Inland and coastal waters  of  the Pacific West coast of the USA and British Colombia
**LIMITS**          from  Yakuatat Alaska Not North of 60 degrees North Latitude   to Balboa , Panama
                    including all interconnecting and navigable waters therein or held covered at rate  to be
                    agreed

**INTEREST**        1)  Hull and Materials, Engines and Machinery and everything connected therewith.
                    2)  Increased Value of Hull and Machinery etc. P.P.I. F.I.A. excluding Excess Liabilities.
                    3)  Protection and Indemnity Risks.
                    4)  Medical Payments.
                    5)  Uninsured Boater Coverage
                    6)  Personal Effects
                    7)  Mortgagees Interest
                    8)  War Risks etc and War P and I
                    9)  Crew Welfare & Additional Expenses
                    10) Additional Insured Coverage

| | |
|---|---|
| **SUM INSURED** | USD 17,250,000.00  So Valued |

1)  Agreed Valuation USD 12,150,000.00
Personal Effects as detailed in 6 below.
2008 24ft Robalo R245 with Yamaha F250 Outboard total value USD80,000
2008 17ft AB Inflatable  RIB Model 17DLY Yamaha F115 Outboard Motor total value USD31,000
2009 West marine RIB 10ft with Mercury 9.9 outboard Motor total value USD5,000
**All (other) Tenders, Dinghies, Outboards, Personal Watercraft – Details and Values  To Be Hereafter Advised and Agreed**

2)  USD 5,100,000.00
3)  NOT APPLICABLE
4)  USD 100,000 each and every person each and every accident but limited to
 USD 500,000 each and every accident.
5)  USD  5,000,000.00 each and every accident
6)  USD250,000
7)  USD Not Applicable
8)  USD 17,250,000.00
9)  As and when applicable
10) As and when applicable

| | |
|---|---|
| **DEDUCTIBLES** | Underwriters hereon only to be liable for the excess of :- |

**Hull and Machinery etc**
USD 121,500.00 each and every claim except Total Loss which  payable in full

**Tenders, Dinghies, Outboards, Windsurfers, Personal Watercraft, Diving Gear, Mopeds etc & Personal Effects**
USD 250  all items in the aggregate but in respect of 24ft Robaco R245 USD 8,000 increased to USD 16,000 if towed between Sunset and Sunrise but in respect of 17ft AB inflatable USD 3,000 increased to USD 6,000 if towed between Sunset and Sunrise, each separate accident or occurrence except total loss of an individual item which payable in full

**Electronic, Communications and Navigation Equipment**
USD  5,000 all items in the aggregate each separate accident or occurrence except total loss of an individual item which payable in full.

**Uninsured Boater Coverage**
USD 500 each section each and every claim.

**Medical Payments**
USD 100 each and every claim

**Where there is an accident or occurrence which involves more than one deductible then the largest single deductible shall apply.**

CONDITIONS

**Subject to all terms, clauses, conditions, limitations, and exclusions as contained in the R12 Yacht wording** with Section 'A' - Hull Insurance (amended to include Piracy within the War Risks wording and coverage and with the words "Agreed Valuation" within Valuation Clause under Section A amended to read "Sum Insured") exclusions 2, 3, 4, 5 and 7 deleted but this insurance excludes loss or expenditure incurred in remedying a fault in design or construction or any cost or expense incurred by reason of betterment or alteration in design or construction.

All coverage in respect of dinghies, tenders, toys including their engines and machinery, and the like, together with , Liability, Uninsured Owner or Operators, Personal Effects, Fine Art, Medical Payments are covered 100% by section 1 market only

This insurance excludes any amounts recoverable under the Assureds separate Protection & indemnity entry with The British Marine warranted said entry remains in force for the duration of this policy.

It is also noted and agreed that the yacht may carry shotguns and handguns and that on occasions there will be VIP's on board (including Heads of State or members of ruling families) who may carry handguns and who may have bodyguards who may carry personal arms.

It is hereby understood and agreed that this insurance is extended to include ship's cash whilst on board and in a locked safe(s) subject to a maximum value at any one time of . / **USD100,000** but coverage in respect of same is limited to theft following forcible and violent entry into the safe(s)

Institute Additional Perils Clauses - Hulls (1/10/83) CL.301.

Agreed to provide additional protection in the event there is an emergency situation where the Assured and the Insured Vessel are not in imminent danger. Agreed to reimburse reasonable costs incurred, not to exceed a total of USD100,000 resulting from the following services to the Insured Vessel if help is not available and commercial assistance must be obtained
a. towing to the nearest place where necessary repairs can be made;
b. delivery of gas, oil, parts or loaned battery (excluding the cost of these items themselves) or emergency labour, while away from safe harbour.
The policy deductible does not apply to this coverage.

Noted and agreed that from time to time there may be more than the State Room capacity of guests on board whilst alongside, at anchor or whilst under way at sea.

Noted that mopeds are only covered whilst on board the vessel and/or her tenders including whilst loading and unloading or whilst parked alongside the vessel whilst berthed.

Agreed pay the reasonable cost of inspecting the bottom of the vessel after grounding, even if no damage be found without application of any deductible.

Underwriters will pay for a total loss to Your Yacht if the Yacht is completely lost or destroyed; or the cost of recovering and/or repairing the Yacht is greater than ninety percent of amount of insurance shown under sections 1) 2) & 3) subsection 1 above

Agreed cover failure in the working mechanism of machinery or motor generators or other electrical machinery and their connections which causes the same to cease functioning or to function improperly.

Agreed to pay reasonable cost of inspecting the bottom of your yacht after grounding even if no damage found.

Where the Named Assured acquires ownership of tenders, dinghies, outboards, windsurfers and personal watercraft and the like during this insurance period, underwriters hereon agree to cover same, subject to maximum designed speed not exceeding 35 knots and subject to payment of any additional premium required. Prior to notification to Underwriters, the maximum liability hereunder shall be the cost to the Assured or USD50,000, whichever is less.

Agreed to cover loss of or damage to equipment and apparatus not owned by the Assured but installed for use on the Vessel and for which the Assured has assumed contractual liability, whether such equipment or apparatus be in the nature of aids to navigation or communication or otherwise and where such loss or damage is caused by a peril insured under this insurance, subject in all other respects to its terms, conditions and exclusions. In no event shall the liability of the Underwriters exceed the lesser of the contractual liability of the Assured for loss of or damage to such equipment or apparatus or its replacement value. All such equipment and apparatus shall be included in the insured value of the Vessel.

Section 'B' - Protection and Indemnity Insurance

Excluding liability to paid crew as defined in the Jones Act or under general Maritime Law but always subject to policy terms and conditions.

Agreed include following clause where vessel is equipped with helipad / helideck :-

Including loss or damage to the vessel and the Assured's liability to passengers/visitors and/or others resulting from helicopter operations, excluding liability to passengers whilst on board the helicopter unless caused by an occurrence covered herein and for which the Insured is held liable.

Excluding liability to and of crew members of the insured vessel whilst operating helicopters.

It is agreed and understood that insurers renounce all rights to subrogation against the insurers of Helicopters if the insurers of Helicopters renounce all rights to subrogation against the insurer of the vessel in the event of damage to the vessel caused by the Helicopter and/or in the event of damage to the Helicopter caused by the vessel.

American Hull Insurance Syndicate Deliberate Damage Clause (Pollution Hazard) 1.8.73 (A) 856ROP00223

Omnibus Clause section 'C' amended and to include a paid Master or a paid member of the crew of the insured vessel while acting in their capacity as Captain and Crew of the insured vessel.

Noted and agreed that in cases where the liability of the Assured shall be contested in any suit or action with the consent in writing of the Assurers, the Assurers will pay such ensuing costs as the Assured may incur as a result of such suit or action in addition to the applicable limits of insurance coverage stated in the relevant Section(s) of this insurance.

This insurance does not cover any liability cost or expense arising in respect of fines penalties punitive or exemplary damages, howsoever described but agreed to pay any fine or penalty assessed by any government or agency thereof for damage to marine environment or pollution to marine environment subject to a maximum limit of 5 per cent of the sum insured in respect of section 'B'.

Medical Payments Section 'D'
Medical Payments Insurance extended to include repatriation expenses and to include captain and crew while in the employment of the Assured 24 hours per day for the entire period of this insurance ashore or afloat . The term yacht is deemed to include the vessel's tenders, dinghies, personal watercraft, windsurfers and any such similar items including whilst being towed by any such items. Bodily Injury caused by accident also means bodily harm, sickness or disease, including required care, loss of services and death resulting therefrom

Agreed provide cover for the act of any Governmental Authority or State Authority done for the purpose of saving the Yacht.

American Institute Hull War Risks and Strikes Clauses (including Automatic Termination and Cancellation Provisions) December 1, 1977 extended to include claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive including Piracy.

American Hull Insurance Syndicate Addendum to American Institute Hull War Risks and Strikes Clauses – December 1, 1977 (April 1, 1984)

Institute Protection and Indemnity War Risks and Strikes Clauses No. 3  856ROP00224 extended to include claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Subject to the London Blocking and Trapping Addendum LPO 444(3/84) but with reference to Institute War and Strike Clauses Hulls 1.10.83 amended to War coverage as defined under section 7.

Uninsured Boater Wording 0856ROP00226 with the term yacht deemed to include the vessel's tenders, dinghies, personal watercraft, windsurfers and any such similar items including whilst being towed by any such items. Exclusion E) amended to Bare Boat Charter.

Noted that the vessel is 12 months in commission.


Service of Suit Clause (U.S.A.) 856ROP00225

Personal Effects Clause as below, extended to include personal effects belonging to the beneficial owner of the Assured, his family and  guests subject to any single article valued at USD10,000 or more being specifically declared and valued and extended to include crews personal effects subject to a maximum total value insured of USD10,000 per capita and any single article valued at USD5,000 or more being specifically declared and valued.  Cover under this clause shall be in respect of clothing, personal effects, credit cards, jewellery, fishing gear and sports equipment.

If requested by the owner & only if to the benefit of the permanent crew (as agreed by Underwriters), it is noted and agreed that in the event of a constructive or actual total loss of the vessel the crew have cover for personal effects up to a sum insured of USD10,000 per person subject to a single article limit of USD5,000.  This amount is over and above the total sum insured for the yacht.

### Personal Effects Clause

It is hereby agreed that this policy is extended, for the period stated hereunder, to cover the Personal Effects of the Assured and/or Assured's family against all risks of whatsoever nature but excluding claims arising from:-

1. Damp, mould, mildew, moth, vermin, wear, tear and gradual deterioration.
2. Breakage of articles of a brittle nature unless such breakage is caused by burglars, thieves, fire, stress of weather, stranding, sinking or collision.
3. Loss of cash, currency or bank notes.

This cover only to operate from the time the Assured leaves his and/or her place of residence and/or occupation, whilst in transit to and from, on board, or used in connection with the insured vessel, and until return to place of residence and/or occupation.

Within the above personal effects clause the following Average clause is applicable:
This insurance is subject to the condition of average, that is to say, if the property covered shall at the time of any loss be of greater value than the sum insured hereby, the Assured shall only be entitled to recover hereunder such proportion of the said loss as the sum insured bears to the total value of the said property.

Within the above personal effects clause the following non contribution clause is applicable:

This insurance does not cover any loss or damage which at the time of the happening of such loss or damage is insured by or would, but for the existence of this Policy, be insured by any other existing policy or policies except in respect of any excess beyond the amount which would have been payable under such other policy or policies had this insurance not been effected.

### Mortgagees' Interest

In consideration of the additional premium stated herein Underwriters will provide coverage in respect of the interest of the Mortgagee named herein (hereinafter called the Mortgagee) is hereby admitted, and shall not be impaired or invalidated by any act or omission, or neglect of the mortgagor, owner, master, agent or crew of the vessel(s) insured by this policy, or by any failure to comply with any warranty or condition over which the mortgagee has no control or over which the mortgagee has control but has not exercised such control, or by any change in title, ownership, or management of such vessel(s): the interest of the mortgagee being that interest more particularly set forth in the mortgage(s) on such vessel(s) in favor of the mortgagee and the note attached thereto, said mortgagee(s) and note being assignable to Underwriters upon demand provided full payment of the interest, as herein set forth, of the mortgagee has first been paid. The amount of coverage shall be the unpaid principal amount of the mortgage applicable to the insured yacht, but in no event shall Underwriters limit of liability exceed that amount.

### Crew Welfare and Additional Expenses

This coverage only operates following a recoverable claim under the Hull and Machinery section of this insurance.

Page 8 of 20

Underwriters will pay subject to prior advice and approval by Underwriters, the reasonable additional expenses in respect of crew in respect of the following:

A)The necessary hotel and accommodation expenses whilst yacht is under repair

B)The necessary transportation costs as a direct result of the yacht being under repair

C)Costs of crew replacement.

Underwriters limit of liability hereunder shall be one (1) per cent of the total sum insured for Hull and Machinery without the application of any deductible.

In the event that the above limit being exhausted during the policy period reinstatement hereunder shall be at an additional premium to be hereafter agreed with Underwriters hereon.

### Additional Insured Coverage

This coverage only operates where it is necessary under the terms of any Mooring/Dockage & Marina agreement to name the Owners, Operators, Local, Governmental and State Authorities as additional insured (s) hereunder.

The above will be automatically added to this insurance, but only as their interest may appear in the vessel described herein and for the liability arising out of the negligence of the Insured(s) named within the schedule of insurance to which this section attaches.

It is further understood and agreed the additional named insured(s) are only named herein for the purpose of bodily injury and property damage liability in connection with the Insured's ownership, maintenance and operation of the yacht covered by this insurance.

The issuance of this coverage does not waive Underwriters rights of subrogation nor does it increase Underwriters limit of liability.

It is further understood and agreed that the coverage afforded above shall only arise out of liability that rests solely with the Insured(s).

It is also understood and agreed that in the event of non-renewal or cancellation of this insurance the coverage afforded above will cease automatically without any written notice being given prior to any such non-renewal or cancellation.

10

American Institute Increased Value and Excess Liabilities Clauses (November 3, 1977) 129-P Cl.A175 with Coverage (1) extended to include the settlement of a claim for Total Loss under the American Yacht Form R12, but excluding excess liabilities

### General Terms and Conditions

Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause (10/11/03) CL. 370.
USCAN B 29/01/04 for use with CL. 370.
Institute Cyber Attack Exclusion Clause (10/11/03) CL. 380.

### Brokers Cancellation Clause,

If payment of premiums or any instalment thereof is not made by the Assured on the date agreed, this policy may be cancelled by the Assurer giving to the Assured named herein ten days' notice of such cancellation. A written and/or telegraphic notice by or through the Brokers, or their Correspondents who negotiated the insurance, to said Assured at his last known address shall constitute a complete notice as required under this clause. Such cancellation shall be without prejudice to premiums earned and due for the period the policy is in force, and to any losses pending on the date of cancellation; however, in the event of a total or constructive total loss of the subject matter of this insurance occurring prior to cancellation, the full annual premium shall be deemed earned.

Agreed pay for loss or damage to the vessel when caused by the breach of any warranty contained in this policy by a paid captain and/or paid crew members or a charterer provided the breach of such warranty does not constitute a violation of the laws of the country that has jurisdiction over the yacht at the time the breach occurred or such breach is not committed with the consent, approval or knowledge of the assured.

LSW 1147 (a) as applicable

### SANCTION LIMITATION AND EXCLUSION CLAUSE

JH 2010/009 dated 29th July 2010
No (re)insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

### Continuity Bonus Clause

Subject to claims under this insurance not exceeding 10% of the premium payable hereunder and subject to this insurance being renewed with the Underwriters subscribing hereto a 7.5% continuity bonus shall be deducted from the gross renewal premium.

**NOTICES**                     Lloyd's Privacy Policy Statement (LSW 1135B)

**EXPRESS WARRANTIES**

### General Warranties

*None other than those that may be expressly contained within the policy conditions, wordings, clauses and in addition to any implied warranties under the law to which this insurance is*

*subject – failure to comply with a warranty will, in normal circumstances, void this insurance policy.*

**Failure to comply with any warranty or all warranties will, in normal circumstances, void this insurance, from the time of the breach.**

**CONDITIONS PRECEDENT**

**TOWING CONDITIONS PRECEDENT TO POLICY FOR " 24 ft Robalo R245 and 17ft AB Inflatable RIB Model "**

Warranted no towing in forecast wind speeds exceeding force four (4)

Warranted Professional towing bridle installed & in use at all times during towing operation

Warranted Tracking device installed and operational at all times whilst towed

**Maintenance and Repair Clause**
It is hereby understood and agreed that this insurance will remain in full force whilst your yacht is undergoing annual maintenance, repair of any part or replacement of any part like for like.

**Notwithstanding the foregoing it is a conditions precedent that if the vessel is currently undergoing or may undergo major refit or repairs, alterations, remodelling or where hot work is being undertaken (other than soldering) or that the yard has requested a waiver of subrogation from the Owner or his Legal Representative(s), then prior agreement must be obtained from participating insurers hereunder.**

Furthermore the Owner or his Legal Representative(s) must provide a copy of the current shipyards Ship Repairers Legal Liability insurance documentation and a full update or schedule of works being carried out during the period of this insurance and obtain Underwriters specific agreement (in writing).

Underwriters participating hereon reserve their rights to amend the terms and conditions of this insurance and to charge an appropriate additional premium.

**Minimum of 3 experienced persons when Navigating .**

**Built to ABS Class and Class Maintained.**

*As above other than those that may be contained within the policy conditions, wordings and clauses to which this insurance is subject. Failure to comply with any such Condition Precedent may result in the cancellation of or denial of coverage under this policy*

**Non compliance of any of the time frames stated above will, in normal circumstances, void this insurance, at the discretion of participating underwriters hereon.**

| | |
|---|---|
| **SUBJECTIVITIES** | Subject to current JWC Hull War, Strikes, Terrorism and Related Perils Listed Areas. Subject to Navigation Limitations for Hull War, Strikes, Terrorism and Related Perils Endorsement. (JW2005/001A) and subject to Hull War, Strikes, Terrorism and Related Perils Notice of Cancellation Administration Clause (JW 2005/001B), both dated 20th June, 2005 |
| | *As above other than those that may be contained within the policy conditions, wordings and clauses to which this insurance is subject. Failure to comply with any such Subjectivity may result in the cancellation of or denial of coverage under this policy* |
| **CHOICE OF LAW & JURISDICTION:** | This insurance shall be governed by and construed in accordance with the laws of the State of Delaware  each Party agrees to submit to the exclusive jurisdiction of the Courts of the United States of America. |

**PREMIUM:**

HULL    0.425  %
IV      0.225  %
WAR     0.015% (Tria Allocation 0.0015%)
Excluding   all P & I absolutely except War P and I which covered subject to terms and conditions herein.

Less 7.5% no claims continuity bonus from 2012/13 policy USD 4,332.02

**Total Net premium USD 49,870.48 (including NCB)**

**Semi annual premium**

Cancelling Return Only

**PAYMENT TERMS:**    LSW 3000 60 Days

**TAXES PAYABLE BY INSURED AND ADMINISTERED BY INSURERS**    None

**RECORDING, TRANSMITTING & STORING INFORMATION:**    Where the Broker maintains risk and claim data/information the Broker will hold data/information/documents electronically.

**INSURER CONTRACT DOCUMENTATION:**    Evidence of Cover to be provided by Ropner Insurance Services Limited and where requested by overseas broker to show premiums nett of commission return to overseas broker (but always within allowable discounts.)
Where applicable Xchanging Ins-sure Services to produce Lloyds  and/or Company policy documentation.

## <u>INFORMATION</u>

As retained in the offices of Ropner Insurance Services Limited.

| | |
|---|---|
| **INSURERS**<br>**LIABILITY:** | LMA3333 21/6/07<br>**(RE)INSURERS LIABILITY CLAUSE (Re)insurer's liability several not joint** |

The liability of a (re)insurer under this contract is several and not joint with other (re)insurers party to this contract. A (re)insurer is liable only for the proportion of liability it has underwritten. A (re)insurer is not jointly liable for the proportion of liability underwritten by any other (re)insurer. Nor is a (re)insurer otherwise responsible for any liability of any other (re)insurer that may underwrite this contract. The proportion of liability under this contract underwritten by a (re)insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp. This is subject always to the provision concerning "signing" below.

In the case of a Lloyd's syndicate, each member of the syndicate (rather than the syndicate itself) is a (re)insurer. Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together). The liability of each member of the syndicate is several and not joint with other members. A member is liable only for that member's proportion. A member is not jointly liable for any other member's proportion. Nor is any member otherwise responsible for any liability of any other (re)insurer that may underwrite this contract. The business address of each member is Lloyd's, One Lime Street, London EC3M 7HA. The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

**Proportion of liability**

Unless there is "signing" (see below), the proportion of liability under this contract underwritten by each (re)insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp and is referred to as its "written line". Where this contract permits, written lines, or certain written lines, may be adjusted ("signed"). In that case a schedule is to be appended to this contract to show the definitive proportion of liability under this contract underwritten by each (re)insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together). A definitive proportion (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of a Lloyd's syndicate taken together) is referred to as a "signed line". The signed lines shown in the schedule will prevail over the written lines unless a proven error in calculation has occurred. Although reference is made at various points in this clause to "this contract" in the singular, where the circumstances so require this should be read as a reference to contracts in the plural.

| | |
|---|---|
| **ORDER HEREON** | SECTION 1 MARKET USD10,000,000<br>SECTION 2 MARKET USD7,250,000 |

**BASIS OF WRITTEN LINES:**

Percentage of Whole

**SIGNING PROVISIONS:**

In the event that the written lines hereon exceed 100% of the order, any lines written "to stand" will be allocated in full and all other lines will be signed down in equal proportions so that the aggregate signed lines are equal to 100% of the order without further agreement of any of the (re)insurers.
However:

a) in the event that the placement of the order is not completed by the commencement date of the period of insurance then all lines written by that date will be signed in full;

b) the signed lines resulting from the application of the above provisions can be varied, before or after the commencement date of the period of insurance, by the documented agreement of the (re)insured and all (re)insurers whose lines are to be varied. The variation to the contracts will take effect only when all such (re)insurers have agreed, with the resulting variation in signed lines commencing from the date set out in that agreement.

16

WRITTEN
LINES

**Bound per B085613H1167**

17

## SUBSCRIPTION AGREEMENT

| | |
|---|---|
| **SLIP LEADER:** | 5000 TRV |

**BASIS OF AGREEMENT TO CONTRACT CHANGES:** All amendments and/or additions and/or deletions and/or signed line increases up to written lines to be agreed by the Slip Leader and on behalf of all Underwriters hereon. When details of agreed endorsements are required to be provided to following insurer(s) list , e-mail or fax will be used by the broker.

**BASIS OF CLAIMS AGREEMENT:** In accordance with the Lloyd's 2006 Claims Scheme or as amended

Non Bureaux companies to agree claims subject their own claims agreement procedures.

**CLAIMS AGREEMENT PARTIES:**

In respect of the Lloyd's 2006 Claims Scheme: The Leading Lloyd's Underwriter and XCS for the following Lloyd's syndicates.

In respect of the 2010 Pilot Scheme: The Leading Lloyd's Underwriter only for Category 3 claims. The Leading Lloyd's Underwriter and the Second Lloyd's Underwriter for Category 1 and 2 claims."

**CLAIMS ADMINISTRATION:**

Ropner Insurance Services to enter Claims into CLASS. All Company Market Bureau to use CLASS for claims agreement.
Ropner Insurance Services Limited and Insurers agree that any claims hereunder (Including any claims related costs/fees) will be notified and administered via ECF with any payment (s) processed via Class unless both parties agree otherwise.

**RULES AND EXTENT OF ANY OTHER DELEGATED CLAIMS AUTHORITY:** As per Lineslip B085613H1167

**EXPERT(S) FEES COLLECTION:** Ropner Insurance Services Limited to collect fees for all slip security including overseas

**SETTLEMENT DUE DATE:** 25th October 2013

**INSTALMENT PREMIUM PERIOD OF CREDIT:** 60 Days after each Instalment date

**ADJUSTMENT PREMIUM PERIOD OF CREDIT:** Within 120 days of expiry date.

**BUREAUX ARRANGEMENTS:** Ropner Insurance Services Limited to present de-linked signings to Xchanging Ins-sure Services where possible.

**NON – BUREAUX**
**ARRANGEMENTS:**     None

19

## FISCAL AND REGULATORY

**TAX PAYABLE BY**
**UNDERWRITER(S):**     nil

**COUNTRY OF**
**ORIGIN:**     United States

**OVERSEAS BROKER:**     **Marsh US Inc Ft Lauderdale**
1800 S E 10th Ave
Suite 215
Fort Lauderdale
Florida
United States

**US**
**CLASSIFICATION:**     Non Regulated -

**ALLOCATION OF**
**PREMIUM TO**
**CODING:**     O / 3T

**ALLOCATION OF**
**PREMIUM TO YEAR**
**OF ACCOUNT:**
                        2013

**FSA CLIENT**
**CLASSIFICATION:**     Commercial Customer

**BROKER REMUNERATION AND DEDUCTIONS SECTION**

FEE PAYABLE BY          No
CLIENT

TOTAL BROKERAGE
                        As per facility.

OTHER
DEDUCTIONS FROM
PREMIUM:                None

# EXHIBIT B

# EXHIBIT B



# ROPNER INSURANCE SERVICES LIMITED

### LLOYD'S INSURANCE & REINSURANCE BROKERS

BOUNDARY HOUSE 7-17 JEWRY STREET LONDON EC3N 2HP
Telephone: 44 (0) 20 7488 4533
Facsimile No: 44 (0) 20 7481 0830
E-Mail: ropner@ropnerins.co.uk
www.ropnerins.co.uk
Registered in England No. 128838 VAT Reg. No. 244 3426 77
Authorised and Regulated by the Financial Conduct Authority

| | | |
|---|---|---|
| Marsh US Inc Ft Lauderdale | Risk No | 13H1167C2490 |
| 1800 S E 10th Ave | UMR | B0856131H1167C2490 |
| Suite 215 | | |
| Fort Lauderdale | Date | 28th August 2013 |
| Florida | | |
| FL 33316 | | |
| United States | | |

*In accordance with your instructions we have effected insurance cover as detailed herein, with insurers*

**Insured:** Bear, LLC

**Period:** 26th August 2013 to 25th August 2014

### Disclosure Notice

*We would remind you of the need to disclose all material facts to underwriters/reinsurers prior to inception of the policy, and to keep them advised of any such facts or changes to such facts throughout the currency of the policy, and upon renewal of the policy. All material information concerning the risk including any loss or claim statistics should be accurate and kept up to date at all times. A material fact is a fact which may influence the underwriter's judgement in their assessment of a risk. If you are in any doubt as to whether a fact is material, we recommend that it be disclosed. Failure to disclose material facts may entitle underwriters to avoid the policy from inception.*

Please advise us immediately if the insurance evidenced by this document is not in accordance with your instructions. We advise you that any other evidence of contract issued to the insured by yourselves should be on the same terms and conditions as this document.



## INSURANCE DOCUMENTATION WORDINGS/PARAGRAPHS

### MATERIAL FACTS
Please note that under English law it is your duty to disclose all material facts to (re)insurers before the contract is concluded, at the time of any variation of the policy and upon renewal. You should also keep us advised of any such facts or changes to such facts during the currency of the policy as these may also need to be disclosed. A material fact is a fact which may influence (re)insurers' judgement in their assessment of a risk, including its terms and pricing. If you are in any doubt as to whether a fact is material we recommend that it be disclosed. Failure to disclose material facts may entitle (re)insurers to avoid the policy from inception.

### UNDER-INSURANCE
It is important that you review your cover and sums insured to avoid under-insurance (when the sum insured is not enough to cover the maximum possible loss or damage) as this may affect the settlement amount in the event of a claim

*WE WOULD LIKE TO DRAW YOUR ATTENTION TO PARTICULAR AREAS CONTAINED WITHIN YOUR EVIDENCE OF COVER ATTACHED.*

### CLAIMS NOTIFICATION
The prompt notification of claims is a requirement of all insurance policies and failure to comply with this might prejudice the position should a claim occur. It is, therefore, essential that we are advised immediately of any claim made against you/the insured or of any occurrence which may give rise to a claim under this policy.

### WARRANTIES
Warranties are important provisions contained in your policy and must be exactly complied with at all times. Breach of a warranty may cause (re)insurers to be automatically off risk from the date of that breach, and in some instances may mean that (re)insurers do not come on risk at all. This is the position regardless of whether there is any connection between the warranty breached and any loss which leads to that breach becoming evident. A Warranty may exist in the policy using other terminology and without reference to the word 'Warranty'. You may be deemed to have warranted the accuracy of information provided in a proposal form (for example by virtue of a "basis of the contract clause"), such that any inaccuracy will constitute a breach of warranty.

### CONDITIONS PRECEDENT
Please also take particular note of any conditions precedent that appear in the policy. If a condition precedent to the validity of this policy or the commencement of the risk is not complied with, the insurer will not come on risk. If a condition precedent to the insurer's liability under this policy is not complied with, the insurer will not be liable for the loss in question. A condition precedent may exist in the policy using other terminology and without reference to the words 'conditions precedent'.

### SUBJECTIVITIES
If the cover provided is granted by (re)insurers subject to certain requirements, failure to comply may result in cover not being in place. Please contact us immediately if you are unsure as to the meaning of subjectivity, or are unable to comply.

**NONETHELESS, IT IS VERY IMPORTANT THAT YOU READ THE FULL POLICY CAREFULLY AND, IF YOU ARE UNSURE OR ARE UNABLE TO COMPLY WITH ANY PROVISIONS, PLEASE CONTACT US IMMEDIATELY.**



**RISK DETAILS**

**ATTACHING TO CONTRACT NO**  13H1167

**TYPE**  Marine Hull and Increase Value

**OVERSEAS BROKER**  Marsh US Inc Ft Lauderdale

**ASSURED**
Bear , LLC
34 Kenwood Parkway,
St Paul
Minnesota
USA

**LOSS PAYEE**  None advised

**YACHT**

| Name | Year | Flag | Type | Engine/MDS |
|---|---|---|---|---|
| " Polar Bear " | 2009 | Delaware US | Citadel/Aleutian Twin Caterpillar diesels Steel TSDY 102' | 671hp maximum speed 11 - 13 knots |

**PAID CREW**  Full Time  2        Part Time  1-2

**MOORING**  Cruising

**PERIOD**  FROM  26th August 2013  at Local Standard Time at the address of the Assured
TO       25 th August 2014  at Local Standard Time at the address of the Assured
Both dates inclusive

**USE**  Private and pleasure use only

**TERRITORIAL LIMITS**  Inland and coastal waters  of  the Pacific West coast of the USA and British Colombia
from Yakuatat Alaska Not North of 60 degrees North Latitude   to Balboa , Panama
including all interconnecting and navigable waters therein or held covered at rate  to be
agreed

**INTEREST**
1)  Hull and Materials, Engines and Machinery and everything connected therewith.
2)  Increased Value of Hull and Machinery etc. P.P.I, F.I.A. excluding Excess Liabilities.
3)  Protection and Indemnity Risks.
4)  Medical Payments.
5)  Uninsured Boater Coverage
6)  Personal Effects
7)  Mortgagees Interest
8)  War Risks etc and War P and I
9)  Crew Welfare & Additional Expenses
10) Additional Insured Coverage



**SUM INSURED**    USD 17,250,000.00  So Valued

1) Agreed Valuation USD 12,150,000.00
   Personal Effects as detailed in 6 below.
   2008 24ft Robalo R245 with Yamaha F250 Outboard total value USD80,000
   2008 17ft AB Inflatable  RIB Model 17DLY Yamaha F115 Outboard Motor total value
       USD31,000
   2009 West marine RIB 10ft with Mercury 9.9 outboard Motor total value USD5,000
   **All (other) Tenders, Dinghies, Outboards, Personal Watercraft – Details and
   Values To Be Hereafter Advised and Agreed**
2) USD 5,100,000.00
3) NOT APPLICABLE
4) USD 100,000 each and every person each and every accident but limited to
       USD 500,000 each and every accident
5) USD  5,000,000.00 each and every accident
6) USD250,000
7) USD Not Applicable
8) USD 17,250,000.00
9) As and when applicable
10) As and when applicable

**DEDUCTIBLES**    Underwriters hereon only to be liable for the excess of :-

**Hull and Machinery etc**
USD 121,500.00 each and every claim except Total Loss which  payable in full

**Tenders, Dinghies, Outboards, Windsurfers, Personal Watercraft, Diving Gear,
Mopeds etc & Personal Effects**
USD 250  all items in the aggregate but in respect of 24ft Robaco R245 USD  8,000
increased to USD 16,000 if towed between Sunset and Sunrise but in respect of 17ft AB
Inflatable USD 3,000 increased to USD 6,000 if towed between Sunset and Sunrise,
each separate accident or occurrence except total loss of an individual item  which
payable in full

**Electronic, Communications and Navigation Equipment**
USD  5,000 all items in the aggregate each separate accident or occurrence except total
loss of an individual item which payable in full.

**Uninsured Boater Coverage**
USD 500 each section each and every claim.

**Medical Payments**
USD 100 each and every claim

Where there is an accident or occurrence which involves more than one deductible
then the largest single deductible shall apply.



**CONDITIONS**  Subject to all terms, clauses, conditions, limitations, and exclusions as contained in the R12 Yacht wording with Section 'A' - Hull Insurance (amended to include Piracy within the War Risks wording and coverage and with the words "Agreed Valuation" within Valuation Clause under Section A amended to read "Sum Insured") exclusions 2, 3, 4, 5 and 7 deleted but this insurance excludes loss or expenditure incurred in remedying a fault in design or construction or any cost or expense incurred by reason of betterment or alteration in design or construction.

All coverage in respect of dinghies, tenders, toys including their engines and machinery, and the like, together with , Liability, Uninsured Owner or Operators, Personal Effects, Fine Art, Medical Payments are covered 100% by section 1 market only

This insurance excludes any amounts recoverable under the Assureds separate Protection & indemnity entry with The British Marine warranted said entry remains in force for the duration of this policy.

It is also noted and agreed that the yacht may carry shotguns and handguns and that on occasions there will be VIP's on board (including Heads of State or members of ruling families) who may carry handguns and who may have bodyguards who may carry personal arms.

It is hereby understood and agreed that this insurance is extended to include ship's cash whilst on board and in a locked safe(s) subject to a maximum value at any one time of . / USD100,000 but coverage in respect of same is limited to theft following forcible and violent entry into the safe(s)



Institute Additional Perils Clauses – Hulls (1/10/83) CL.301.

Agreed to provide additional protection in the event there is an emergency situation where the Assured and the Insured Vessel are not in imminent danger. Agreed to reimburse reasonable costs incurred, not to exceed a total of USD100,000 resulting from the following services to the Insured Vessel if help is not available and commercial assistance must be obtained
a.  towing to the nearest place where necessary repairs can be made;
b.  delivery of gas, oil, parts or loaned battery (excluding the cost of these items themselves) or emergency labour, while away from safe harbour.
The policy deductible does not apply to this coverage.

Noted and agreed that from time to time there may be more than the State Room capacity of guests on board whilst alongside, at anchor or whilst under way at sea.

Noted that mopeds are only covered whilst on board the vessel and/or her tenders including whilst loading and unloading or whilst parked alongside the vessel whilst berthed.

Agreed pay the reasonable cost of inspecting the bottom of the vessel after grounding, even if no damage be found without application of any deductible.

Underwriters will pay for a total loss to Your Yacht if the Yacht is completely lost or destroyed; or the cost of recovering and/or repairing the Yacht is greater than ninety percent of amount of insurance shown under sections 1) 2) & 3) subsection 1 above



Agreed cover failure in the working mechanism of machinery or motor generators or other electrical machinery and their connections which causes the same to cease functioning or to function improperly.

Agreed to pay reasonable cost of inspecting the bottom of your yacht after grounding even if no damage found.

Where the Named Assured acquires ownership of tenders, dinghies, outboards, windsurfers and personal watercraft and the like during this insurance period, underwriters hereon agree to cover same, subject to maximum designed speed not exceeding 35 knots and subject to payment of any additional premium required. Prior to notification to Underwriters, the maximum liability hereunder shall be the cost to the Assured or USD50,000, whichever is less.

Agreed to cover loss of or damage to equipment and apparatus not owned by the Assured but installed for use on the Vessel and for which the Assured has assumed contractual liability, whether such equipment or apparatus be in the nature of aids to navigation or communication or otherwise and where such loss or damage is caused by a peril insured under this insurance, subject in all other respects to its terms, conditions and exclusions. In no event shall the liability of the Underwriters exceed the lesser of the contractual liability of the Assured for loss of or damage to such equipment or apparatus or its replacement value. All such equipment and apparatus shall be included in the insured value of the Vessel.

Section 'B' - Protection and Indemnity Insurance

Excluding liability to paid crew as defined in the Jones Act or under general Maritime Law but always subject to policy terms and conditions.



Agreed include following clause where vessel is equipped with helipad / helideck :-

Including loss or damage to the vessel and the Assured's liability to passengers/visitors and/or others resulting from helicopter operations, excluding liability to passengers whilst on board the helicopter unless caused by an occurrence covered herein and for which the Insured is held liable.

Excluding liability to and of crew members of the insured vessel whilst operating helicopters.

It is agreed and understood that insurers renounce all rights to subrogation against the insurers of Helicopters if the insurers of Helicopters renounce all rights to subrogation against the insurer of the vessel in the event of damage to the vessel caused by the Helicopter and/or in the event of damage to the Helicopter caused by the vessel.

American Hull Insurance Syndicate Deliberate Damage Clause (Pollution Hazard) 1.8.73 (A) 856ROP00223

Omnibus Clause section 'C' amended and to include a paid Master or a paid member of the crew of the insured vessel while acting in their capacity as Captain and Crew of the insured vessel.

Noted and agreed that in cases where the liability of the Assured shall be contested in any suit or action with the consent in writing of the Assurers, the Assurers will pay such ensuing costs as the Assured may incur as a result of such suit or action in addition to the applicable limits of insurance coverage stated in the relevant Section(s) of this insurance.

This insurance does not cover any liability cost or expense arising in respect of fines penalties punitive or exemplary damages, howsoever described but agreed to pay any fine or penalty assessed by any government or agency thereof for damage to marine environment or pollution to marine environment subject to a maximum limit of 5 per cent of the sum insured in respect of section 'B'.

Medical Payments Section 'D'
Medical Payments Insurance extended to include repatriation expenses and to include captain and crew while in the employment of the Assured 24 hours per day for the entire period of this insurance ashore or afloat . The term yacht is deemed to include the vessel's tenders, dinghies, personal watercraft, windsurfers and any such similar items including whilst being towed by any such items. Bodily injury caused by accident also means bodily harm, sickness or disease, including required care, loss of services and death resulting therefrom



Agreed provide cover for the act of any Governmental Authority or State Authority done for the purpose of saving the Yacht.

American Institute Hull War Risks and Strikes Clauses (including Automatic Termination and Cancellation Provisions) December 1, 1977 extended to include claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive including Piracy.

American Hull Insurance Syndicate Addendum to American Institute Hull War Risks and Strikes Clauses – December 1, 1977 (April 1, 1984)

Institute Protection and Indemnity War Risks and Strikes Clauses No. 3  856ROP00224 extended to include claims for loss, damage or expense caused by or resulting from any terrorist or any person acting maliciously or from a political motive.

Subject to the London Blocking and Trapping Addendum LPO 444(3/84) but with reference to Institute War and Strike Clauses Hulls 1.10.83 amended to War coverage as defined under section 7.

Uninsured Boater Wording 0856ROP00226 with the term yacht deemed to include the vessel's tenders, dinghies, personal watercraft, windsurfers and any such similar items including whilst being towed by any such items. Exclusion E) amended to Bare Boat Charter.

Noted that the vessel is 12 months in commission.


Service of Suit Clause (U.S.A.) 856ROP00225

Personal Effects Clause as below, extended to include personal effects belonging to the beneficial owner of the Assured, his family and  guests subject to any single article valued at USD10,000 or more being specifically declared and valued and extended to include crews personal effects subject to a maximum total value insured of USD10,000 per capita and any single article valued at USD5,000 or more being specifically declared and valued.  Cover under this clause shall be in respect of clothing, personal effects, credit cards, jewellery, fishing gear and sports equipment.
If requested by the owner & only if to the benefit of the permanent crew (as agreed by Underwriters), it is noted and agreed that in the event of a constructive or actual total loss of the vessel the crew have cover for personal effects up to a sum insured of USD10,000 per person subject to a single article limit of USD5,000.  This amount is over and above the total sum insured for the yacht.



### Personal Effects Clause

It is hereby agreed that this policy is extended, for the period stated hereunder, to cover the Personal Effects of the Assured and/or Assured's family against all risks of whatsoever nature but excluding claims arising from:-

1. Damp, mould, mildew, moth, vermin, wear, tear and gradual deterioration.
2. Breakage of articles of a brittle nature unless such breakage is caused by burglars, thieves, fire, stress of weather, stranding, sinking or collision.
3. Loss of cash, currency or bank notes.

This cover only to operate from the time the Assured leaves his and/or her place of residence and/or occupation, whilst in transit to and from, on board, or used in connection with the insured vessel, and until return to place of residence and/or occupation.

Within the above personal effects clause the following Average clause is applicable:
This insurance is subject to the condition of average, that is to say, if the property covered shall at the time of any loss be of greater value than the sum insured hereby, the Assured shall only be entitled to recover hereunder such proportion of the said loss as the sum insured bears to the total value of the said property.

Within the above personal effects clause the following non contribution clause is applicable:

This insurance does not cover any loss or damage which at the time of the happening of such loss or damage is insured by or would, but for the existence of this Policy, be insured by any other existing policy or policies except in respect of any excess beyond the amount which would have been payable under such other policy or policies had this insurance not been effected.

### Mortgagees' Interest

In consideration of the additional premium stated herein Underwriters will provide coverage in respect of the interest of the Mortgagee named herein (hereinafter called the Mortgagee) is hereby admitted, and shall not be impaired or invalidated by any act or omission, or neglect of the mortgagor, owner, master, agent or crew of the vessel(s) insured by this policy, or by any failure to comply with any warranty or condition over which the mortgagee has no control or over which the mortgagee has control but has not exercised such control, or by any change in title, ownership, or management of such vessel(s): the interest of the mortgagee being that interest more particularly set forth in the mortgage(s) on such vessel(s) in favor of the mortgagee and the note attached thereto, said mortgagee(s) and note being assignable to Underwriters upon demand provided full payment of the interest, as herein set forth, of the mortgagee has first been paid. The amount of coverage shall be the unpaid principal amount of the mortgage applicable to the insured yacht, but in no event shall Underwriters limit of liability exceed that amount.



### Crew Welfare and Additional Expenses

This coverage only operates following a recoverable claim under the Hull and Machinery section of this insurance.

Underwriters will pay subject to prior advice and approval by Underwriters, the reasonable additional expenses in respect of crew in respect of the following:

A) The necessary hotel and accommodation expenses whilst yacht is under repair
B) The necessary transportation costs as a direct result of the yacht being under repair
C) Costs of crew replacement.

Underwriters limit of liability hereunder shall be one (1) per cent of the total sum insured for Hull and Machinery without the application of any deductible.

In the event that the above limit being exhausted during the policy period reinstatement hereunder shall be at an additional premium to be hereafter agreed with Underwriters hereon.

### Additional Insured Coverage

This coverage only operates where it is necessary under the terms of any Mooring/Dockage & Marina agreement to name the Owners, Operators, Local, Governmental and State Authorities as additional insured (s) hereunder.

The above will be automatically added to this insurance, but only as their interest may appear in the vessel described herein and for the liability arising out of the negligence of the Insured(s) named within the schedule of insurance to which this section attaches.

It is further understood and agreed the additional named insured(s) are only named herein for the purpose of bodily injury and property damage liability in connection with the Insured's ownership, maintenance and operation of the yacht covered by this insurance.

The issuance of this coverage does not waive Underwriters rights of subrogation nor does it increase Underwriters limit of liability.

It is further understood and agreed that the coverage afforded above shall only arise out of liability that rests solely with the Insured(s).

It is also understood and agreed that in the event of non-renewal or cancellation of this insurance the coverage afforded above will cease automatically without any written notice being given prior to any such non-renewal or cancellation.



American Institute Increased Value and Excess Liabilities Clauses (November 3, 1977) 129-P Cl.A175 with Coverage (1) extended to include the settlement of a claim for Total Loss under the American Yacht Form R12, but excluding excess liabilities

<u>General Terms and Conditions</u>
Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons Exclusion Clause (10/11/03) CL. 370.
USCAN B 29/01/04 for use with CL. 370.
Institute Cyber Attack Exclusion Clause (10/11/03) CL. 380.

<u>Brokers Cancellation Clause.</u>
If payment of premiums or any instalment thereof is not made by the Assured on the date agreed, this policy may be cancelled by the Assurer giving to the Assured named herein ten days' notice of such cancellation. A written and/or telegraphic notice by or through the Brokers, or their Correspondents who negotiated the insurance, to said Assured at his last known address shall constitute a complete notice as required under this clause. Such cancellation shall be without prejudice to premiums earned and due for the period the policy is in force, and to any losses pending on the date of cancellation; however, in the event of a total or constructive total loss of the subject matter of this insurance occurring prior to cancellation, the full annual premium shall be deemed earned.
Agreed pay for loss or damage to the vessel when caused by the breach of any warranty contained in this policy by a paid captain and/or paid crew members or a charterer provided the breach of such warranty does not constitute a violation of the laws of the country that has jurisdiction over the yacht at the time the breach occurred or such breach is not committed with the consent, approval or knowledge of the assured.
LSW 1147 (a) as applicable

SANCTION LIMITATION AND EXCLUSION CLAUSE
JH 2010/009 dated 29th July 2010
No (re)insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

<u>Continuity Bonus Clause</u>
Subject to claims under this insurance not exceeding 10% of the premium payable hereunder and subject to this insurance being renewed with the Underwriters subscribing hereto a 7.5% continuity bonus shall be deducted from the gross renewal premium.

NOTICES          Lloyd's Privacy Policy Statement (LSW 1135B)



**EXPRESS WARRANTIES**

<u>General Warranties</u>
*None other than those that may be expressly contained within the policy conditions, wordings, clauses and in addition to any implied warranties under the law to which this insurance is subject – failure to comply with a warranty will, in normal circumstances, void this insurance policy.*
**Failure to comply with any warranty or all warranties will, in normal circumstances, void this insurance, from the time of the breach.**

**CONDITIONS PRECEDENT**

<u>TOWING CONDITIONS PRECEDENT TO POLICY FOR " 24 ft Robalo R245 and 17ft AB Inflatable RIB Model "</u>

Warranted no towing in forecast wind speeds exceeding force four (4)

Warranted Professional towing bridle installed & in use at all times during towing operation

Warranted Tracking device installed and operational at all times whilst towed

<u>Maintenance and Repair Clause</u>
It is hereby understood and agreed that this insurance will remain in full force whilst your yacht is undergoing annual maintenance, repair of any part or replacement of any part like for like.

Notwithstanding the foregoing it is a conditions precedent that if the vessel is currently undergoing or may undergo major refit or repairs, alterations, remodelling or where hot work is being undertaken (other than soldering) or that the yard has requested a waiver of subrogation from the Owner or his Legal Representative(s), then prior agreement must be obtained from participating insurers hereunder.

Furthermore the Owner or his Legal Representative(s) must provide a copy of the current shipyards Ship Repairers Legal Liability insurance documentation and a full update or schedule of works being carried out during the period of this insurance and obtain Underwriters specific agreement (in writing).

Underwriters participating hereon reserve their rights to amend the terms and conditions of this insurance and to charge an appropriate additional premium.

Minimum of 3 experienced persons when Navigating .

**Built to ABS Class and Class Maintained.**

*As above other than those that may be contained within the policy conditions, wordings and clauses to which this insurance is subject. Failure to comply with any such Condition Precedent may result in the cancellation of or denial of coverage under this policy*

35



Non compliance of any of the time frames stated above will, in normal circumstances, void this insurance, at the discretion of participating underwriters hereon.

**SUBJECTIVITIES**  Subject to current JWC Hull War, Strikes, Terrorism and Related Perils Listed Areas. Subject to Navigation Limitations for Hull War, Strikes, Terrorism and Related Perils Endorsement. (JW2005/001A) and subject to Hull War, Strikes, Terrorism and Related Perils Notice of Cancellation Administration Clause (JW 2005/001B), both dated 20th June, 2005

*As above other than those that may be contained within the policy conditions, wordings and clauses to which this insurance is subject. Failure to comply with any such Subjectivity may result in the cancellation of or denial of coverage under this policy*

**CHOICE OF LAW & JURISDICTION:**  This insurance shall be governed by and construed in accordance with the laws of the State of Delaware each Party agrees to submit to the exclusive jurisdiction of the Courts of the United States of America.

**PREMIUM:**

| | | |
|---|---|---|
| HULL | 0.425 % | |
| IV | 0.225 % | |
| WAR | 0.015% (Tria Allocation 0.0015%) | |

Excluding all P & I absolutely except War P and I which covered subject to terms and conditions herein.

Less 7.5% no claims continuity bonus from 2012/13 policy USD 4,332.02

Total Net premium USD 49,870.48 (including NCB)

Semi annual premium

Cancelling Return Only

**PAYMENT TERMS:**  LSW 3000 60 Days

**TAXES PAYABLE BY INSURED AND ADMINISTERED BY INSURERS**  None

**RECORDING, TRANSMITTING & STORING INFORMATION:**  Where the Broker maintains risk and claim data/information the Broker will hold data/information/documents electronically.

36



**INSURER**
**CONTRACT**
**DOCUMENTATION:** Evidence of Cover to be provided by Ropner Insurance Services Limited and where requested by overseas broker to show premiums nett of commission return to overseas broker (but always within allowable discounts.)

Where applicable Xchanging Ins-sure Services to produce Lloyds and/or Company policy documentation.

37



<u>INFORMATION</u>

As retained in the offices of Ropner Insurance Services Limited.



| | |
|---|---|
| **INSURERS LIABILITY:** | LMA3333 21/6/07 |
| | **(RE)INSURERS LIABILITY CLAUSE (Re)insurer's liability several not joint** |

The liability of a (re)insurer under this contract is several and not joint with other (re)insurers party to this contract. A (re)insurer is liable only for the proportion of liability it has underwritten. A (re)insurer is not jointly liable for the proportion of liability underwritten by any other (re)insurer. Nor is a (re)insurer otherwise responsible for any liability of any other (re)insurer that may underwrite this contract. The proportion of liability under this contract underwritten by a (re)insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp. This is subject always to the provision concerning "signing" below.

In the case of a Lloyd's syndicate, each member of the syndicate (rather than the syndicate itself) is a (re)insurer. Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together). The liability of each member of the syndicate is several and not joint with other members. A member is liable only for that member's proportion. A member is not jointly liable for any other member's proportion. Nor is any member otherwise responsible for any liability of any other (re)insurer that may underwrite this contract. The business address of each member is Lloyd's, One Lime Street, London EC3M 7HA. The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

**Proportion of liability**

Unless there is "signing" (see below), the proportion of liability under this contract underwritten by each (re)insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp and is referred to as its "written line". Where this contract permits, written lines, or certain written lines, may be adjusted ("signed"). In that case a schedule is to be appended to this contract to show the definitive proportion of liability under this contract underwritten by each (re)insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together). A definitive proportion (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of a Lloyd's syndicate taken together) is referred to as a "signed line". The signed lines shown in the schedule will prevail over the written lines unless a proven error in calculation has occurred. Although reference is made at various points in this clause to "this contract" in the singular, where the circumstances so require this should be read as a reference to contracts in the plural.

| | |
|---|---|
| **ORDER HEREON** | SECTION 1 MARKET USD10,000,000 |
| | SECTION 2 MARKET USD7,250,000 |



**INSURERS**

**Section 1**

| | | |
|---|---|---|
| 80.0000% | 5000TRV | Syndicate at Lloyd's |
| 15.0000% | 1200AMA | Syndicate at Lloyd's |
| 5.0000% | 0457WTK | Syndicate at Lloyd's |

100.0000%

**Section 2**

| | | |
|---|---|---|
| 39.0240% | 5000TRV | Syndicate at Lloyd's |
| 4.8790% | 1274AUL | Syndicate at Lloyd's |
| 7.3180% | 0457WTK | Syndicate at Lloyd's |
| 12.1960% | 3000MKL | Syndicate at Lloyd's |
| 4.8790% | 3210MIT | Syndicate at Lloyd's |
| 7.3180% | 1200AMA | Syndicate at Lloyd's |
| 7.3180% | 4141HCC | Syndicate at Lloyd's |
| 7.3180% | 1945SII | Syndicate at Lloyd's |
| 9.7500% | 2003SJC | Syndicate at Lloyd's |

100.0000%

For and on behalf of Ropner Insurance Services Limited

Director or Authorised Signatory
E&OE

Director or Authorised Signatory



AMERICAN YACHT FORM - R.12

## WARRANTIES AND GENERAL CONDITIONS
### (Applicable to all coverages unless otherwise indicated)

**PRIVILEGES**
In port and at sea, under power or sail, in docks and graving docks, in hauling and launching, on ways, gridirons, pontoons, and on shore. With leave to sail with or without pilots to tow and assist vessels or craft in all situations and to be towed and to go on trial trips.

**PRIVATE PLEASURE WARRANTY**
Warranted to be used solely for private pleasure purposes and not to be hired or chartered unless approved and permission endorsed hereon.

**CONTINUATION CLAUSE**
If the vessel insured hereunder is at sea, at the expiration of this policy, the risk may be continued until the arrival of the vessel at her port of destination and her being moored therein twenty-four (24) hours in good safety, provided notice be given to the Assurers and additional premium paid as required.

**TRANSFER OF INTEREST**
This insurance shall be void in case this Policy or the interest insured thereby shall be sold, assigned, transferred or pledged without the previous consent in writing of these Assurers.

**PERSONAL NEGLIGENCE**
Personal negligence or fault of the Owner or Assured in the navigation of the yacht or privity or knowledge in respect thereto (excepting loss, damage or liability wilfully or intentionally caused by the Owner or Assured) shall not relieve the Assurers of liability under this Policy.

**OTHER INSURANCE**
If a named Assured has other insurance against a loss covered by any section of this Policy, the Assurers shall not be liable under this Policy for a greater proportion of such loss than the applicable amount stated bears to the total amount of all valid and collectible insurance against such loss. If an Assured other than a named Assured has other insurance against a loss covered by any section of this Policy, this insurance shall be excess over other such insurance.

**NOTICE OF LOSS AND FILING OF PROOF**
It is agreed by the Assured to report immediately to the Assurers or to their representative who shall have issued this Policy every occurrence which may become a claim under this Policy, and shall also file with the Assurers or their representative, a detailed sworn proof of loss and proof of interest and/or receipted bills in case of a partial loss, within ninety (90) days from date of loss.

41



**PAYMENT OF LOSS**
In case of loss payable under this Policy, such loss to be paid within ninety (90) days after satisfactory proof of loss and proof of interest in the property insured, all indebtedness of the Assured being first deducted.

**SUBROGATION**
It is agreed that upon payment of any loss, damage, or expense the Assurers are to be subrogated to all the rights of the Assured to the extent of such payment.

**TIME FOR SUIT AGAINST THE ASSURERS**
No suit or action on this Policy for the recovery of any claim shall be sustainable in any court of law or equity unless the Assured shall have fully complied with all the requirements of this Policy, nor unless commenced within one (1) year from the date of the happening or the occurrence out of which the claim arose, provided that where such limitation of time is prohibited by the laws of the state wherein this Policy is issued, then, and in that event, no suit or action under this Policy shall be sustainable unless commenced within the shortest limitation permitted under the laws of such state.

**ACTION AGAINST THE ASSURERS**
Any person or organization or the legal representative thereof who has secured judgement against the Assured shall be entitled to recover under this Policy to the extent of the insurance afforded by this Policy. Bankruptcy or insolvency of the Assured or of the Assured's estate shall not relieve the Assurers of any of their obligations thereunder.

**LEGAL REPRESENTATION AND CO-OPERATION CLAUSE**
The Assured shall co-operate with the Assurers and shall not assume any obligation, admit any liability or incur any expense for which the Assurers may be liable, without the written approval of the Assurers, except as may be necessary and permitted to safeguard the Yacht under the "SUE AND LABOR" clause in section "A" of this Policy. In case the liability of the Assured shall be contested with the written approval of the Assurers first obtained, the Assurers will pay the cost and expense of such defense, in which event the Assurers shall have the option of naming the attorneys who shall represent the Assured in said defense, and, if such option is exercised, shall have the direction and control thereof. The Assured shall whenever required, attend hearings and trial and shall assist in effecting settlements, securing and giving evidence, obtaining the attendance of witnesses, and in the conduct of suits and limitations proceedings.



## EXAMINATION UNDER OATH

The Assured, as often as may be reasonably required, shall exhibit to any person designated by the Assurers all that remains of any property herein described, and shall submit, and in so far as is within his or their power cause his or their employees, members of the household and others to submit to examinations under oath by any person named by the Assurers and subscribe the same; and as often as may be reasonably required, shall produce for examination all writings, books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by the Assurers or their representative, and shall permit extracts and copies thereof to be made. No such examinations under oath or examination of books or documents, nor any other act of the Assured or any of their employees or representatives in connection with the investigation of any loss or claim hereunder, shall be deemed a waiver of any defense which the Assurers might otherwise have with respect to any loss or claim, but all such examinations and acts shall be deemed to have been made or done without prejudice to the Assurers' liability.

## MISREPRESENTATION OR FRAUD

This entire Policy shall be void if the Assured or their representative has concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the Assured therein, or in case of fraud or false swearing by the Assured touching any matter relating to this insurance or the subject thereof whether before or after a loss.

## NOTICE OF CANCELLATION AND RETURN PREMIUMS FOR CANCELLATION

This Policy may be cancelled by the Assured by surrender thereof to the Assurers or their representative by mailing to the Assurers or their representative written notice stating when thereafter such cancellation shall be effective. This Policy may be cancelled by the Assurers or their representative by mailing to the Assured at the address shown in this Policy or last known address, written notice stating when not less than ten (10) days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date of the cancellation stated in the notice shall become the end of the Policy period. Delivery of such written notice either by the Assured or by the Assurers or their representative shall be equivalent to mailing.

If the Assured cancels, earned premiums shall be computed in accordance with the customary short rate table and procedure.

If the Assurer cancels, earned premium shall be computed pro-rata.

Premium adjustment may be made at the time cancellation is effected and, if not then made, shall be made as soon as practicable after cancellation becomes effective. The Assurers or their representative's check mailed or delivered as aforesaid shall be sufficient tender of any refund of premium due to the Assured.

## PREMIUM FULLY EARNED

There shall be no return of premium under any section of this policy if the insured yacht is a total or constructive total loss by a peril insured against



## PARAMOUNT EXCLUSIONS

Any claim for loss, damage or expense caused by or resulting from capture, seizure, arrest, restraint or detainment or the consequences thereof or of any attempt thereat or any taking of the vessel, by requisition or otherwise, whether in time of peace or war and whether lawful or otherwise; also from all consequences of hostilities or warlike operations (Whether there be a declaration of war or not) but the foregoing shall not exclude collision or contact with aircraft, rockets or similar missiles, or with any fixed or floating object (other than a mine or torpedo), stranding, heavy weather, fire or explosion unless caused directly (and independently of the nature of the voyage or service which the vessel concerned or, in the case of a collision, any other vessel involved therein is performing) by a hostile act by or against a belligerent power, and for the purpose of this warranty "power" includes any authority maintaining naval, military or air forces in association with a power; also warranted free, whether in time of peace or war, from all loss, damage or expense caused by any weapon of war employing atomic or nuclear fission and/or other fusion or other reaction or radioactive force of matter.

Further warranted free from the consequences of civil war, revolution, rebellion, insurrection, or civil strife arising there from, or piracy.

This Policy is made and accepted subject to the foregoing stipulations and conditions, and to the conditions on the following pages which are hereby specially referred to and made a part of this Policy, it being understood and agreed that in the case of any conflict or inconsistency the foregoing provisions shall prevail over those which follow; provided, however, that with respect to any insurance under Section "E" of this policy the liability of the Assurers for the term above stated shall be in all respects as provided in such Section "E", unaffected by any other condition or provision of this Policy.

44



## SECTION "A" - HULL INSURANCE

### PROPERTY COVERED
Upon the Hull, Spars, Sails, Fittings, Gear and Equipment, Apparel, Provisions, Stores, Machinery, Boats and other Furniture and Furnishings of and in the yacht hereby insured, subject to all of the terms and conditions (including the Running Down Clause) of this Policy.
The foregoing does not include fishing tackle, moorings or personal property.

### COVERAGE
The insurance provided by this Section covers, subject to the exclusions and limitations of this Policy, against ALL RISKS of physical loss or damage to the property covered from any external cause, as well as physical loss or damage directly caused by fire, explosions, bursting of boilers, breakage of shafts, or any latent defect in the machinery or hull (excluding the cost and expense of repairing or replacing any defective part), provided such loss or damage has not resulted from want of due diligence or intentional damage by the owners of the Yacht or by the Assured; provided always that the amount recoverable hereunder shall not exceed the amount of insurance.

### DEDUCTIBLE CLAUSE
When a deductible amount is stated on this Policy, each claim for loss or damage covered under Section "A" shall be adjusted separately and from the aggregate amount of the adjusted claim, the sum so stated shall be deducted. Such deduction shall not apply in the event of Total Loss or Constructive Total Loss of the vessel covered nor shall it apply with respect to claims under the Running Down Clause.

### EQUIPMENT SEPARATED AND ON SHORE
It is also agreed that should any part of the furniture, boats or other property of the said yacht be separated and laid up on shore during the life of this policy, then this Policy shall cover the same to an amount not exceeding 50% of the sum stated under the heading "Amount of Insurance". The amount attaching on the said yacht shall be decreased by the amount so covered.

### VALUATION CLAUSE
The said yacht, for so much as concerns the Assured by agreement between the Assured and the Assurers is and shall be valued at the amount stated under the heading "Agreed Valuation".

### NEW FOR OLD
In the event of loss or damage, cost of repairs to be paid without deduction, new for old, except with respect to sails and covers of canvas or other like materials, the Assurers shall be liable for no more than the cost of repair or a reasonable value.

### CONSTRUCTIVE TOTAL LOSS
No recovery for a constructive total loss shall be had hereunder unless the expense of recovering and repairing the vessel shall exceed the amount of insurance on hull and machinery.

45



## UNREPAIRED DAMAGE
In no case shall the Assurers be liable for unrepaired damage in addition to a subsequent total loss sustained during the term covered by this Policy.

## PROPORTION OF LOSS COVERED
Where the amount of insurance as set forth is less than the agreed valuation stated herein, the Assurers shall be liable only for such proportion of any loss recoverable under this Section as the said amount of insurance bears to the said agreed valuation.

## STRIKES CLAUSE
This insurance also covers loss of or damage to the property hereby insured caused by strikers, locked out workmen or persons taking part in labor disturbances, riots or civil commotions or caused by vandalism or persons acting maliciously.

## BOATS AND LAUNCHES
The boats and launches of the yacht are insured also while afloat, whether underway or not, subject to all of the terms and conditions, including the Running Down Clause of this Policy.

## RUNNING DOWN CLAUSE
And it is further agreed that if the yacht hereby insured shall come into collision with any other ship or vessel, and the Assured shall, in consequence thereof, become liable to pay, and shall pay by way of damages to any other person or persons, any sum or sums not exceeding in respect of any one such collision the value of the yacht hereby insured, we, the Assurers, will pay the Assured such sum or sums so paid up to the amount hereby insured. And in cases where the liability of the Assured has been contested, with the consent, in writing, of the Assurers, we will also pay the costs thereby incurred or paid; but when both vessels are to blame, then unless the liability of the owners of one or both of such vessels becomes limited by law, claims under the Collision Clause shall be settled on the principle of CROSS LIABILITIES, as if the owners of each vessel had been compelled to pay to the owners of the other of such vessels such one-half or other proportion of the latter's damages as may have been properly allowed in ascertaining the balance or sum payable by or to the Assured in consequence of such collision; and it is further agreed that the principles involved in this clause shall apply to the case where both vessels are the property, in part or in whole, of the same owners, all questions of responsibility and amount of liability as between the two vessels being left to the decision of a single Arbitrator, if the parties agree upon a single Arbitrator, or failing such agreement, to the decision of Arbitrators, one to be appointed by the managing owners of both vessels, and one to be appointed by the majority in amount of the Underwriters interested in each vessel; the two Arbitrators chosen to choose a third Arbitrator before entering upon the reference, and the decision of such single, or of any two of such three Arbitrators, appointed as above, to be final and binding.
Provided always that the foregoing clause shall in no case extend to any sum which the Assured may become liable to pay, or shall pay for removal of obstructions under statutory powers, for injury to harbours, wharves, piers, stages and similar structures, consequent on such collisions, or in respect of the cargo or engagements of the insured yacht, or for loss of life, or personal injury.

46



## MEMBER OF THE ASSURED'S FAMILY

It is understood and agreed that the word "Assured" whenever used in the Running Down Clause in this Section shall include, in addition to the named Assured hereunder, irrespective of interest in the insured yacht, the members of the immediate family of the Assured, domiciled with the Assured, who may, at the time liability was incurred, be operating the yacht with the prior permission of the Assured.

## SUE AND LABOR CLAUSE

And in case of any loss or misfortune, it shall be lawful and necessary for the Assured, their factors, servants and assigns, to sue, labor and travel for, in and about the defense, safeguard and recovery of the said yacht or any part thereof, without prejudice to this insurance; the charges whereof we, the Assurers, will pay. And it is especially declared and agreed that no acts of the Assurer or Assured in recovery, saving or preserving the property insured shall be considered as a waiver or acceptance of abandonment.

## EXCLUSIONS

## THIS INSURANCE DOES NOT COVER

1.   Any loss or damage directly or indirectly caused by or resulting from wear and tear, gradual deterioration, inherent vice, marine borers, vermin or electrolysis.
2.   Theft or mysterious disappearance of equipment or accessories, other than boats and launches and their motors, unless occurring in conjunction with theft of the entire yacht or unless there be visible evidence of forcible entry.
3.   Any loss, damage or expense caused by or in consequence of ice and/or freezing.
4.   Any loss, damage or expense directly or indirectly caused by or in consequence of faulty construction and/or improper design.
5.   Any loss or damage to electrical apparatus, including wiring, directly or indirectly caused by electricity, other than lightning, unless fire ensues and then only for loss or damage by such ensuing fire.
6.   Wages and/or provisions whether the average be particular or general.
7.   Mechanical breakdown or derangement of machinery.
8.   Any loss of use, demurrage or charter hire to the yacht insured hereunder;



## SECTION "B" - PROTECTION AND INDEMNITY INSURANCE

If the Assured shall by reason of his interest in the insured yacht become liable to pay and shall pay any sum or sums in respect of any responsibility, claim, demand, damages, and/or expense or shall become liable for any other loss arising from or occasioned by any of the following matters or things during the currency of this Policy in respect of the yacht hereby insured, that is to say:

**Property Damage (I)** Loss of or damage to any other ship or boat or goods, merchandise, freight or other things or interest whatsoever, on board such other ship or boat, caused proximately or otherwise by the yacht insured in so far as the same would not be covered by the Running Down Clause in Section "A" of this Policy.

Loss of or damage to any goods, merchandise, freight or other things or interest whatsoever other than as aforesaid, whether on board said yacht or not, which may arise from any cause whatever;

Loss or damage to any harbor, dock (graving or otherwise), slipway, way, gridiron, pontoon, pier, quay, jetty, stage, buoy, telegraph cable, or other fixed or movable thing whatsoever, or to any goods or property in or on the same, however caused;

Any attempted or actual raising, removal or destruction of the wreck of the insured ship or the cargo thereof, or any neglect or failure to raise, remove or destroy the same;

The Assurers will pay the Assured such sum or sums so paid, or which may be required to indemnify the Assured for such loss; PROVIDED always that the amount recoverable hereunder in respect to any one accident or series of accidents arising out of the same event shall not exceed the sum stated under Limit of Protection and Indemnity Insurance.

**Bodily Injury (II)** Loss of life, illness, or bodily injury and payments made on account of life salvage;

The assurers will pay the Assured such sum or sums so paid or which may be required to indemnify the Assured for such loss; PROVIDED always that the liability of these Assurers is limited to the sum stated under Limit of Protection and Indemnity Insurance, and subject to the same limit for each person, it being understood that this limit applies to any one accident or series of accidents arising out of the same event.

**Costs (III)** And in case the liability of the Assured shall be contested in any suit or action with the consent in writing of these Assurers, we will also pay such ensuing costs as the Assured may incur as a result of such suit or action.

48



## AGGREGATE LIMIT
The total amount recoverable under the Protection and Indemnity Insurance coverage of this Policy, for all losses, including property damage, personal injury, loss of life, payments made on account of life salvage, and costs, resulting from any accident or series of accidents arising out of the same event, shall not exceed, in the aggregate, the sum stated under Limit of Protection and Indemnity Insurance.

## POLLUTION
This policy does not insure against any loss, damage, cost, liability, or expense, imposed on the Assured, arising out of the discharge, dispersal, release, or escape of oil, fuel, chemicals; waste materials, or other pollutants, but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

## MEMBERS OF ASSURED'S FAMILY
It is understood and agreed that the word "Assured" whenever used in this Section shall include, in addition to the named Assured hereunder, irrespective of interest in the insured yacht, the members of the immediate family of the Assured, domiciled with the Assured, who may, at the time liability was incurred, be operating the yacht with the prior permission of the Assured.

## PROPORTION OF LOSSES COVERED
Where the amount of insurance as set forth is less than the agreed valuation stated therein, the Assurers shall be liable only for such proportion of any loss recoverable under this Section as the said amount of insurance bears to the said agreed valuation.

## EXCLUSIONS:

## THE ASSURERS WILL NOT BE LIABLE FOR:
Any fine, or penalty or assessment against the Assured or yacht named herein, by any national, state or local government;
Liability of any charterer of the yacht named herein; Any liability assumed by the Assured under any contract or agreement unless specifically endorsed hereon.



### SECTION "C" - OMNIBUS CLAUSE

It is understood and agreed that the word "Assured" whenever used in the Running Down Clause in Section "A" - Hull Insurance, of this policy, and whenever used in Section "B" - Protection and Indemnity Insurance of this Policy, includes in addition to the named Assured any person, firm, corporation or other legal entity who may be operating the vessel with the prior permission of the named Assured, but does not include a charterer or a paid Master or a paid member of the crew of the insured vessel or a person, firm, corporation or other legal entity, or any agent or employee thereof, operating a shipyard, boat repair yard, marina, yacht club, sales agency, boat service station, or similar organization. Notwithstanding anything contained herein, the insurance provided by this clause does not cover liability of such additional Assureds to the Assured and/or Assureds named in this Policy. This insurance is conditioned upon compliance by an Assured with all the terms, conditions and warranties applicable to the named Assured. Nothing contained herein shall be construed to increase the limits of the Assurers' liability as stated in this policy.

### SECTION "D" - MEDICAL PAYMENTS INSURANCE

The Assurers agree to pay to or for each person who sustains bodily injury caused by accident occurring during the Policy period, while in or upon, boarding or leaving the yacht insured hereunder, the reasonable expense of necessary medical, surgical, ambulance, hospital and professional nursing services and, in the event of death resulting from such injury, the reasonable funeral expense, all incurred within one (1) year from the date of accident, subject to the following conditions.

### LIMIT OF LIABILITY

Notwithstanding the foregoing, the Assurers shall not be liable hereunder for any expense or combined expense incurred in excess of that stated, as a result of any one accident or series of accidents arising out of the same event.

### EXCLUSIONS

### THE COVERAGE AFFORDED SHALL NOT APPLY

1.  To bodily injury to or death of any person;
(a)     To or for whom benefits are payable under any Workmen's Compensation or under the Federal Longshoremen's and Harbor Workers' Compensation Act;
(b)     Who is a trespasser in or upon or boarding or leaving the insured yacht;
(c)     Who is an employee of the Assured while engaged in the employment of the Assured except those in domestic service for whom no benefits are payable or required to be provided under any Workmen's Compensation Law;
2.  To liability assumed by the Assured under any contract or agreement
3.  While the yacht is being used for other than private pleasure purposes.
4.  To death of the Assured or registered owner of the yacht.
5.  To bodily injury to the Assured or registered owner of the yacht, unless in excess of any other medical payments insurance collectible.

50



**MEDICAL REPORTS; PROOF AND PAYMENT OF CLAIM**

As soon as practicable, the injured person or someone on his behalf shall give the Assurers written proof of claim, under oath if required, and shall, after each request from the Assurers, execute authorisation to enable the Assurers to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the Assurers when and as often as the Assurers may reasonably require.

The Assurers may pay the injured person or any persons or organizations rendering the services and such payment shall reduce the amount payable hereunder for such injury: Payment hereunder shall not constitute admission of liability of the Assured, or, except hereunder, of the Assurers.

**SECTION "E" - FEDERAL LONGSHOREMEN'S AND HARBOR WORKERS' COMPENSATION INSURANCE**

The Assurers agree to insure under this Section for the term of the policy as stated, any liability of the Assured in respect of the insured yacht which shall arise under the United States Longshoremen's and Harbor Workers' Compensation Act, U.S. Code (1946) Title 33, Sections 901-49, and all laws amendatory thereof or supplementary thereto which may be or become effective while this Section of the Policy is in force.



ONLY APPLICABLE IF CONTAINED WITHIN THE RISK DETAILS OF THE POLICY

American Institute
**INCREASED VALUE AND EXCESS LIABILITIES CLAUSES**
(November 3, 1977)

The terms and conditions of the following clauses are to be regarded as substituted for those of the policy form to which they are attached, the latter being hereby waived, except provisions required by law to be inserted in the policy. All captions are inserted only for purposes of reference and shall not be used to interpret the clauses to which they apply.

**ASSURED**

This policy insures *as policy schedule* hereinafter referred to as the Assured.

If claim is made under this policy by anyone other than the Owner of the vessel, such person shall not be entitled to recover to a greater extent than would the Owner, had claim been made by the Owner as an Assured named in this policy.

Underwriters waive any right of subrogation against affiliated, subsidiary or interrelated companies of the Assured, provided that such waiver shall not apply in the event of a collision between the vessel and any vessel owned, demise chartered or otherwise controlled by any of the aforesaid companies, or with respect to any loss, damage or expense against which such companies are insured.

This insurance shall not be prejudiced by reason of any contract limiting in whole or in part the liability of pilots, tugs, towboats, or their owners when the Assured or the Agent of the Assured accepts such contract in accordance with established local practice.

**LOSS PAYEE**

Loss, if any, payable to {Response} or order.

Provided, however, Underwriters shall pay claims to others as set forth in the Collision Liability clause and may make direct payment to persons providing security for the release of the vessel in Salvage cases.

On INCREASED VALUE AND EXCESS LIABILITIES of the vessel called the *as policy schedule* (or by whatsoever name or names the said vessel is or shall be called).

**AMOUNT INSURED HEREUNDER**

*As policy schedule.*



## DURATION OF RISK

From the *as policy schedule*

to the *as policy schedule.*

Should the vessel at the expiration of this policy be at sea, or in distress, or at a port of refuge or of call, she shall, provided previous notice be given to the Underwriters, be held covered at a pro rata monthly premium to her port of destination.

In the event of payment by the Underwriters for Total Loss of the vessel this policy shall thereupon automatically terminate.

## PREMIUM

The Underwriters to be paid in consideration of this insurance *as policy schedule* being at the annual rate of {Response} per cent., which premium shall be due on attachment. If the vessel is insured under this policy for a period of less than one year at pro rata of the annual rate, full annual premium shall be considered earned and immediately due and payable in the event of Total Loss of the vessel.

## RETURNS OF PREMIUMS

Premium returnable as follows:

Pro rata daily net in the event of termination under the Change of Ownership clause;

Pro rata monthly net for each uncommenced month if it be mutually agreed to cancel this policy;

For each period of 30 consecutive days the vessel may be laid up in port for account of the Assured,

{Response} cents per cent. net not under repair, or

{Response} cents per cent. net under repair;

provided always that:

(a) A Total Loss of the vessel has not occurred during the currency of this policy;

(b) In no case shall a return for lay-up be allowed when the vessel is lying in exposed or unprotected waters or in any location not approved by the Underwriters;

(c) In the event of any amendment of the annual rate, the above rates of return shall be adjusted accordingly;

(d) In no case shall a return be allowed when the vessel is used as a storage ship or for lightering purposes.

If the vessel is laid up for a period of 30 consecutive days, a part only of which attaches under this policy, the Underwriters shall pay such proportion of the return due in respect of a full period of 30 days as the number of days attaching hereto bears to 30. Should the lay-up period exceed 30 consecutive days, the Assured shall have the option to elect the period of 30 consecutive days for which a return is recoverable.



## NON-PAYMENT OF PREMIUM

In event of non-payment of premium 30 days after attachment, or of any additional premium when due, this policy may be cancelled by the Underwriters upon 10 days written or telegraphic notice sent to the Assured at his last known address or in care of the broker who negotiated this policy. Such proportion of the premium, however, as shall have been earned up to the time of cancellation shall be payable. In the event of Total Loss of the vessel occurring prior to any cancellation or termination of this policy full annual premium shall be considered earned.

## ADVENTURE

Beginning the adventure upon the vessel, as above, and so shall continue and endure during the period aforesaid, as employment may offer, in port or at sea, in docks and graving docks, and on ways, gridirons and pontoons, at all times, in all places, and on all occasions, services and trades; with leave to sail or navigate with or without pilots, to go on trial trips and to assist and tow vessels or craft in distress, but the vessel may not be towed, except as is customary or when in need of assistance, nor shall the vessel render assistance or undertake towage or salvage services under contract previously arranged by the Assured, the Owners, the Managers or the Charterers of the vessel, nor shall the vessel, in the course of trading operations, engage in loading or discharging cargo at sea, from or into another vessel other than a barge, lighter or similar craft used principally in harbors or inland waters. The phrase "engage in loading or discharging cargo at sea" shall include while approaching, leaving or alongside, or while another vessel is approaching, leaving or alongside the vessel.

The vessel is held covered in case of any breach of conditions as to cargo, trade, locality, towage or salvage activities, date of sailing, or loading or discharging cargo at sea, provided (a) notice is given to the Underwriters immediately following receipt of knowledge thereof by the Assured, and (b) any amended terms of cover and any additional premium required by the Underwriters are agreed to by the Assured.

## COVERAGE

This insurance covers only:

1. TOTAL LOSS (ACTUAL OR CONSTRUCTIVE) OF THE VESSEL directly caused by Perils of the Seas, Men-of-War, Fire, Lightning, Earthquake, Enemies, Pirates, Rovers, Assailing Thieves, Jettisons, Letters of Mart and Counter-Mart, Surprisals, Takings at Sea, Arrests, Restraints and Detainments of all Kings, Princes and Peoples, of what nation, condition or quality soever, Barratry of the Master and Mariners and of all other like Perils, Losses and Misfortunes that have or shall come to the Hurt, Detriment or Damage of the vessel, or any part thereof, excepting, however, such of the foregoing perils as may be excluded by provisions elsewhere in the policy or by endorsement thereon. It shall also cover Total Loss (actual or constructive) directly caused by the following:-

     Accidents in loading, discharging or handling cargo, or in bunkering;

     Accidents in going on or off, or while on drydocks, graving docks, ways, gridirons or pontoons;

     Explosions on shipboard or elsewhere;

     Breakdown of motor generators or other electrical machinery and electrical connections thereto, bursting of boilers, breakage of shafts, or any latent defect in the machinery or hull, (excluding the cost and expense of replacing or repairing the defective part);

     Breakdown of or accidents to nuclear installations or reactors not on board the insured vessel;

     Contact with aircraft, rockets or similar missiles, or with any land conveyance;



Negligence of Charterers and/or Repairers, provided such Charterers and/or Repairers are not an Assured hereunder;

Negligence of Masters, Officers, Crew or Pilots;

provided such loss or damage has not resulted from want of due diligence by the Assured, the Owners or Managers of the vessel, or any of them. Masters, Officers, Crew or Pilots are not to be considered Owners within the meaning of this clause should they hold shares in the vessel.

Subject to the conditions of this policy, this insurance also covers Total Loss (actual or constructive) of the vessel directly caused by governmental authorities acting for the public welfare to prevent or mitigate a pollution hazard, or threat thereof, resulting directly from damage to the vessel for which the Underwriters are liable under this policy, provided such act of governmental authorities has not resulted from want of due diligence by the Assured, the Owners, or Managers of the vessel or any of them to prevent or mitigate such hazard or threat. Masters, Officers, Crew or Pilots are not to be considered Owners within the meaning of this clause should they hold shares in the vessel.

In ascertaining whether the vessel is a constructive Total Loss the Agreed Value in the policies on Hull and Machinery shall be taken as the repaired value and nothing in respect of the damaged or break-up value of the vessel or wreck shall be taken into account.

There shall be no recovery for a constructive Total Loss hereunder unless the expense of recovering and repairing the vessel would exceed the Agreed Value in policies on Hull and Machinery. In making this determination, only expenses incurred or to be incurred by reason of a single accident or a sequence of damages arising from the same accident shall be taken into account, but expenses incurred prior to tender of abandonment shall not be considered if such are to be claimed separately under the Sue and Labor clause in said policies.

Provided that the policies on Hull and Machinery contain the above clauses with respect to the method of ascertaining whether the vessel is a constructive Total Loss (or clauses having a similar effect), the settlement of a claim for Total Loss under the policies on Hull and Machinery shall be accepted as proof of the Total Loss of the vessel under this policy; and in the event of a claim for Total Loss being settled under the policies on Hull and Machinery as a compromised total loss, the amount payable hereunder shall be the same percentage of the amount hereby insured as the percentage paid on the amount insured under said policies.

Should the vessel be a constructive Total Loss but the claim on the policies on Hull and Machinery be settled as a claim for partial loss, no payment shall be due under this Section (1).

Full interest admitted; the policy being deemed sufficient proof of interest.

In the event of Total Loss, the Underwriters waive interest in any proceeds from the sale or other disposition of the vessel or wreck.

2.     GENERAL AVERAGE AND SALVAGE not recoverable in full under the policies on Hull and Machinery by reason of the difference between the Agreed Value of the vessel as stated therein (or any reduced value arising from the deduction therefrom in process of adjustment of any claim which law or practice or the terms of the policies covering Hull and Machinery may have required) and the value of the vessel adopted for the purpose of contribution to General Average or Salvage, the liability under this policy being for such proportion of the amount not recoverable as the amount insured hereunder bears to the said difference or to the total amount insured against excess liabilities if it exceed such difference.



3.  SUE AND LABOR CHARGES not recoverable in full under the policies on Hull and Machinery by reason of the difference between the Agreed Value of the vessel as stated therein (or any reduced value arising from the deduction therefrom of any claim which the terms of the policies covering Hull and Machinery may have required) and the value of the vessel adopted for the purpose of ascertaining the amount recoverable under the policies on Hull and Machinery, the liability under this policy being for such proportion of the amount not recoverable as the amount insured hereunder bears to the said difference or to the total amount insured against excess liabilities if it exceed such difference.

4.  COLLISION LIABILITY (including Costs) not recoverable in full under the Collision Liability clause (including the Pilotage and Towage extension) in the policies on Hull and Machinery by reason of such liability exceeding the Agreed Value of the vessel as stated therein, in which case the amount recoverable under this policy shall be such proportion of the difference so arising as the amount hereby insured bears to the total amount insured against excess liabilities.

Underwriters' liability under 1, 2, 3 and 4 is separate and shall not exceed the amount insured hereunder in any one section in respect of any one claim.

NOTICE OF CLAIM

When it becomes evident that any accident or occurrence could give rise to a claim under this policy, prompt notice thereof shall be given to the Underwriters.

CHANGE OF OWNERSHIP

In the event of any change, voluntary or otherwise, in the ownership or flag of the vessel, or if the vessel be placed under new management, or be chartered on a bareboat basis or requisitioned on that basis, or if the Classification Society of the vessel or her class therein be changed, cancelled or withdrawn, then, unless the Underwriters agree thereto in writing, this policy shall automatically terminate at the time of such change of ownership, flag, management, charter, requisition or classification; provided however, that:

(a)  if the vessel has cargo on board and has already sailed from her loading port, or is at sea in ballast, such automatic termination shall, if required, be deferred until arrival at final port of discharge if with cargo, or at port of destination if in ballast;

(b)  in the event of an involuntary temporary transfer by requisition or otherwise, without the prior execution of a written agreement by the Assured, such automatic termination shall occur fifteen days after such transfer.

This insurance shall not inure to the benefit of any transferee or charterer of the vessel and, if a loss payable hereunder should occur between the time of change or transfer and any deferred automatic termination, the Underwriters shall be subrogated to all of the rights of the Assured against the transferee or charterer in respect of all or part of such loss as is recoverable from the transferee or charterer, and in the proportion which the amount insured hereunder bears to the Agreed Value.

The term "new management" as used above refers only to the transfer of the management of the vessel from one firm or corporation to another, and it shall not apply to any internal changes within the offices of the Assured.



## WAR, STRIKES AND RELATED EXCLUSIONS

The following conditions shall be paramount and shall supersede and nullify any contrary provisions of the policy.

This policy does not cover any loss, damage or expense caused by, resulting from, or incurred as a consequence of:

    (a) Capture, seizure, arrest, restraint or detainment, or any attempt thereat; or

    (b) Any taking of the vessel, by requisition or otherwise, whether in time of peace or war and whether lawful or otherwise; or

    (c) Any mine, bomb or torpedo not carried as cargo on board the vessel; or

    (d) Any weapon of war employing atomic or nuclear fission and or fusion or other like reaction or radioactive force or matter; or

    (e) Civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or piracy; or

    (f) Strikes, lockouts, political or labor disturbances, civil commotions, riots, martial law, military or usurped power; or

    (g) Malicious acts or vandalism, unless committed by the Master or Mariners and not excluded elsewhere under this War Strikes and Related Exclusions clause; or

    (h) Hostilities or warlike operations (whether there be a declaration of war or not) but this subparagraph (h) not to exclude collision or contact with aircraft, rocket or similar missiles, or with any fixed or floating object, or stranding, heavy weather, fire or explosion unless caused directly by a hostile act by or against a belligerent power which act is independent of the nature of the voyage or service which the vessel concerned or, in the case of a collision, any other vessel involved therein, is performing. As used herein "power" includes any authority maintaining naval, military or air forces in association with a power.

If war risks or other risks excluded by this clause are hereafter insured by endorsement on this policy, such endorsement shall supersede the above conditions only to the extent that the terms of such endorsement are inconsistent therewith and only while such endorsement remains in force.

129-P
CLA175



## INSTITUTE ADDITIONAL PERILS CLAUSES - HULLS

### (For use only with the American Institute Hull Clauses)

1. In consideration of an additional premium this insurance is extended to cover

    1.1 the cost of repairing or replacing

        1.1.1 any boiler which bursts or shaft which breaks

        1.1.2 any defective part which has caused loss or damage to the Vessel covered by the peril any latent defect in the machinery or hull' as it appears in lines 6, 7 and 8 of the Additional Perils (Inchmaree) Clause of the American Institute Hull Clauses (June 2, 1977)

    1.2 loss of or damage to the Vessel caused by any accident or by negligence, incompetence or error of judgement of any person whatsoever.

2. Except as provided in 1.1.1 and 1.1.2, nothing in these Additional Perils Clauses shall allow any claim for the cost of repairing or replacing any part found to be defective as a result of a fault or error in design or construction and which has not caused loss of or damage to the Vessel.

3. The cover provided in Clause 1 is subject to all other terms, conditions and exclusions contained in this insurance and subject to the proviso that the loss or damage has not resulted from want of due diligence by the Assured, Owners or Managers. Master Officers Crew or Pilots not to be considered Owners within the meaning of this Clause should they hold shares in the Vessel.

1/10/83
CL301



AMERICAN HULL INSURANCE SYNDICATE

DELIBERATE DAMAGE CLAUSE
(Pollution Hazard) (A) 1st August 1973

It is understood and agreed that, subject to the terms and conditions of this policy, this insurance also covers loss of or damage to the vessel directly caused by governmental authorities acting for the public welfare to prevent or mitigate a pollution hazard, or threat thereof, resulting directly from damage to the vessel for which the Underwriters are liable under this policy, provided such act of governmental authorities has not resulted from want of due diligence by the Assured, the Owners, or Managers of the vessel or any of them to prevent or mitigate such hazard or threat. Masters, Officers, Crew or Pilots are not to be considered Owners within the meaning of this clause should they hold shares in the vessel.

All other terms and conditions remain unchanged.
(A) 856ROP00223



American Institute
HULL WAR RISKS AND STRIKES CLAUSES

(Including Automatic Termination and Cancellation Provisions) For Attachment to American Institute Hull Clauses
(December 1, 1977)

This insurance, subject to the exclusions set forth herein, covers only those risks which would be covered by the attached policy (including collision liability) in the absence of the WAR, STRIKES AND RELATED EXCLUSIONS clause contained therein but which are excluded thereby and which risks shall be construed as also including:

1. Any mine, bomb or torpedo not carried as cargo on board the vessel;
2. Any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter;
3. Civil war, revolution, rebellion, insurrection, or civil strife arising therefrom;
4. Strikes, lockouts, political or labor disturbances, civil commotions, riots, martial law, military or usurped power;
5. Malicious acts or vandalism to the extent only that such risks are not covered by the attached policy
6. Hostilities or warlike operations (whether there be a declaration of war or not) but this paragraph (6) shall not include collision or contact with aircraft, rockets or similar missiles, or with any fixed or floating object, or stranding, heavy weather, fire or explosion unless caused directly by a hostile act by or against a belligerent power which act is independent of the nature of the voyage or service which the vessel concerned or, in the case of a collision, any other vessel involved therein, is performing. As used herein, "power" includes any authority maintaining naval, military or air forces in association with a power.

EXCLUSIONS
This insurance does not cover any loss, damage or expense caused by, resulting from, or incurred as a consequence of:
(a) Any hostile detonation of any weapon of war described above in paragraph (2);
(b) Outbreak of war (whether there be a declaration of war or not) between any of the following countries: United States of America, United Kingdom, France, the Union of Soviet Socialist Republics or the People's Republic of China;
(c) Delay or demurrage;
(d) Requisition or preemption;
(e) Arrest, restraint or detainment under customs or quarantine regulations and similar arrests, restraints or detainments not arising from actual or impending hostilities;
(a) Capture, seizure, arrest, restraint, detainment, or confiscation by the Government of the United States or of the country in which the vessel is owned or registered.



## HELD COVERED AND OTHER PROVISIONS

The held covered clause appearing under the heading ADVENTURE in the attached policy is deleted and the following clause substituted therefore:-

"Subject to the provisions of the Automatic Termination and Cancellation Clauses below, held covered in the event of any breach of conditions as to loading or discharging of cargo at sea, or towage or salvage activities provided (a) notice is given to the Underwriters immediately following receipt of knowledge thereof by the Assured, and (b) any amended terms of cover and any additional premium required by the Underwriters are agreed to by the Assured."

If at the natural expiry time of this insurance the vessel is at sea, this insurance will be extended, provided previous notice be given to the Underwriters, for an additional premium at a rate to be named by the Underwriters, until midnight Local Time of the day on which the vessel enters the next port to which she proceeds and for 24 hours thereafter, but in no event shall such extension affect or postpone the operation of the Automatic Termination and Cancellation Clauses below.

Warranted not to abandon in case of capture, seizure or detention, until after condemnation of the property insured.

The provisions of the attached policy with respect to constructive Total Loss shall apply only to claims arising from physical damage to the vessel.

## AUTOMATIC TERMINATION AND CANCELLATION CLAUSES

A.  This insurance and any extension thereof, unless sooner terminated by the provisions of section B or C, shall terminate automatically upon and simultaneously with the occurrence of any hostile detonation of any nuclear weapon of war as defined above, wheresoever or whensoever such detonation may occur and whether or not the vessel may be involved.

B.  This insurance and any extension thereof, unless sooner terminated by the provisions of section A or C, shall terminate automatically upon and simultaneously with the outbreak of war, whether there be a declaration of war or not, between any of the following countries: United States of America, United Kingdom, France, the Union of Soviet Socialist Republics or the People's Republic of China.

C.  This insurance and any extension thereof, unless sooner terminated by section A or B, shall terminate automatically if and when the vessel is requisitioned, either for title or use.



D. This insurance and any extension thereof may be cancelled at any time at the Assured's request, or by Underwriters upon 14 days' written notice being given to the Assured, but in no event shall such cancellation affect or postpone the operation of the provisions of sections A, B or C. Written or telegraphic notice sent to the Assured at his (its) last known address shall constitute a complete notice of cancellation and such notice mailed or telegraphed to the said Assured, care of the broker who negotiated this insurance, shall have the same effect as if sent to the said Assured direct. The mailing of notice as aforesaid shall be sufficient proof of notice and the effective date and hour of cancellation shall be 14 days from midnight Local Time of the day on which such notice was mailed or telegraphed as aforesaid. Underwriters agree, however, to reinstate this insurance subject to agreement between Underwriters and the Assured prior to the effective date and hour of such cancellation as to new rate of premium and/or conditions and/or warranties.

RETURNS OF PREMIUM

The RETURNS OF PREMIUM clause of the attached policy is deleted and the following substituted therefore:-

"In the event of an automatic termination or cancellation of this insurance under the provisions of sections A, B, C or D above, or if the vessel be sold, pro rata net return of premium will be payable to the Assured, provided always that a Total Loss of the vessel has not occurred during the currency of this policy. In no other event shall there be any return of premium."

THIS INSURANCE SHALL NOT BECOME EFFECTIVE IF, PRIOR TO THE INTENDED TIME OF ITS ATTACHMENT, THERE HAS OCCURRED ANY EVENT WHICH WOULD HAVE AUTOMATICALLY TERMINATED THIS INSURANCE UNDER THE PROVISIONS OF SECTIONS A, B, OR C HEREOF HAD THIS INSURANCE ATTACHED PRIOR TO SUCH OCCURRENCE.

87B-108
CLA237



AMERICAN HULL INSURANCE SYNDICATE

ADDENDUM TO
AMERICAN INSTITUTE HULL WAR RISKS
AND STRIKES CLAUSES – DECEMBER 1, 1977
(APRIL 1, 1984)

It is understood and agreed that the American Institute Hull War Risks and Strikes Clauses of December 1, 1977, for attachment to American Institute Hull Clauses (June 2, 1977), and to which this Addendum is attached are amended as follows:

1.    For the purpose of this Addendum only, line 241 of the American Institute Hull Clauses (June 2, 1977) – EXCLUSION (a) – shall be deemed amended by adding "confiscation or expropriation."
2.    In addition to the risks enumerated in the above described War Risks and Strikes Clauses, the following is added: "7. Confiscation or expropriation."
3.    In the event that the Vessel shall have been the subject of capture, seizure, arrest, restraint, detainment, confiscation or expropriation, and the Assured, by reason thereof, has lost the free use and disposal of the Vessel for a continuous period of twelve (12) months (even though condemnation has not occurred), then for the purposes of ascertaining whether the Vessel is a constructive Total Loss, the Assured shall be deemed to have been deprived of the possession of the Vessel without any likelihood of recovery.
"Restraint" as used I this paragraph 3 shall be deemed to include the inability of the Vessel to sail from any port or place to the high seas because of closure of the connecting waterway to all vessels of similar size or draft due to blockage of such waterway caused by hostilities or warlike operations.
4.    Clause (f) of the EXCLUSIONS shall be amended to read as follows: "Capture, seizure, arrest, restraint, detainment, confiscation or expropriation by the Government of the United States or of the country in which the Vessel is owned or registered."
5.    The Warranty at line 42 shall be amended to read: "Warranted not to abandon in case of capture, seizure, arrest, restraint, detainment, confiscation or expropriation until after condemnation of the property insured, or, in circumstances set forth in 3. above, after twelve (12) months, whichever first occurs."
6.    The period of fourteen (14) days provided for in subparagraph "D" of the AUTOMATIC TERMINATION AND CANCELLATION Clauses, shall be amended to seven (7) days wherever appearing therein.

ALL OTHER TERMS, LIMITATIONS, CONDITIONS AND EXCEPTIONS REMAINING UNCHANGED

Addendum 1/4/84 to CL. A237



### PROTECTION AND INDEMNITY WAR RISKS AND STRIKES CLAUSES  No. 3

1.     This insurance is extended to cover the Protection and Indemnity liability of the Assured against the risks excluded by the F.C. & S. Clause contained in the Marine Protection and Indemnity insurance on the Vessel hereunder and Protection and Indemnity liability as a result of strikes, etc., malicious damage, sabotage and vandalism.  In the event that Protection and Indemnity is not insured against marine perils, this insurance shall be construed as if such marine liability had been covered by the United Kingdom Mutual Steamship Assurance Association Limited.

2.     This insurance is also to cover liability for contractual repatriation expenses of any crew member as a result of any of the risks set forth in the preceding clause.

3.     Claims for which these Underwriters are liable under these clauses shall not be subject to any deduction.

4.     The liability of Underwriters under these clauses in respect of any one accident or series of accidents arising out of the same casualty shall be limited to the total sum insured in respect of the said Vessel by the policy to which these clauses are attached.

5.     These Underwriters agree to accept the same percentage interest under these clauses as accepted on Hull War Risks.

6.     Should the Vessel at the natural expiry time of this policy be at sea, and provided the Automatic Termination and Cancellation Clauses in the Hull War Risk policy have not by that time been brought into operation, this insurance shall be extended, provided previous notice be given to the Underwriters, at a premium to be mutually agreed until midnight G.M.T. of the day on which the Vessel is moored at the next port to which she proceeds and for 24 hours thereafter.

7.     This Protection and Indemnity insurance shall terminate automatically at the same time as the Hull insurance against War and upon the terms and conditions provided for in the Automatic Termination and Cancellation Clauses of the Hull War Risk policy.

8.     Notwithstanding the provision of Clause 7, in the event of loss or shipwreck of the Vessel from any cause prior to the natural expiry time or automatic termination of this policy, this insurance shall continue to cover the liability of the Assured to the crew of the insured Vessel subject to its terms and conditions and at an additional premium if so required by Underwriters until the crew shall be either discharged or landed at a port or place to which the owners or charterers are required to bring them.

856ROP00224



**Navigation Limitations for Hull War, Strikes, Terrorism and Related Perils Endorsement (JW2005/001A)**

**1 NAVIGATION PROVISIONS**

Unless and to the extent otherwise agreed by the Underwriters in accordance with Clause 2, the vessel or craft insured hereunder shall not enter sail for or deviate towards the territorial waters of any of the Countries or places, or any other waters described in the current List of Areas of Perceived Enhanced Risk (listed areas) as may be published from time to time in London by the Joint War Committee.

**2 BREACH OF NAVIGATION PROVISIONS**

(a) If the Insured wishes to secure continuation of coverage under this insurance for a voyage which would otherwise breach Clause 1, it shall give notice to Underwriters and shall only undertake such voyage if it agrees with the Underwriters any amended terms of cover and any additional premium which may be required by the Underwriters

(b) In the event of any breach of any of the provisions of Clause 1, the Underwriters shall not be liable for any loss, damage, liability or expense arising out of or resulting from an accident or occurrence otherwise covered under this insurance during the period of breach, unless notice of such breach is given to the Underwriters as soon as practicable and any amended terms of cover and any additional premium required by them are agreed.

(c) The absence of prior notice shall not affect the cover under this insurance but it is a condition of this insurance that the Insured is bound to declare to the Underwriters all breaches of the provisions of Clause 1.

(d) If Clause 2(c) is deleted, continuation of coverage under this insurance is conditional upon notice to the Underwriters being given prior to the vessel or craft entering the listed areas.

**3 REVISIONS TO LIST OF AREAS OF PERCEIVED ENHANCED RISK**

(a) In the event that revisions to the List of Areas of Perceived Enhanced Risk are published by the Joint War Committee, these revisions shall not take effect for the purposes of Clause 1 and Clause 2 hereof unless the Underwriters shall have given 7 days notice of cancellation to the Insured for amendment of the listed areas.

(b) If a vessel or craft remains in the territorial waters of a Country or place after such Country or place has been added to the listed areas under Clause 3(a), the Underwriters shall not be liable for any loss, damage, liability or expense arising out of or resulting from an accident or occurrence otherwise covered under this insurance after expiry of that 7 day period unless notice is given to the Underwriters before the end of that 7 day period and any amended terms of cover and any additional premium required by them are agreed before the expiry of this period.

JW2005/001A
20 June 2005



**Hull War, Strikes, Terrorism and Related Perils**
**Notice of Cancellation Administration Clause (JW2005/001B)**

Where Underwriters wish to give notice of cancellation (herein "Notice") in accordance with the terms of the insurance (to which this clause is attached) for the purpose of amending the terms conditions warranties and/or rates, it is agreed as follows:

1  The Notice shall be given by the Leading Underwriter only (on behalf of all Underwriters subscribing to this insurance).

2  The Notice shall identify the policy (by number / Unique Market Reference [UMR],principal Assured, and Interest insured) to which the Notice applies.

3  Where the Notice is given through the broker, the Notice shall be deferred by three working days to enable the broker to transmit the Notice to the Assured(s), mortgagee(s) and other parties to whom the broker has an obligation to transmit the Notice.

4  If the Notice is given for the purpose of amending the listed areas applicable under the Navigation Limitations for War, Strikes, Terrorism and Related Perils (herein "War Risks"):

    1  where the insurance covers both (a) War Risks and (b) marine and/or other non-war risks, the Notice shall only apply to the cover for War Risks;

    2  the insurances will be considered as automatically reinstated upon expiry of the Notice, subject to the said listed areas being amended in line with the changes outlined in the Notice;

    3  in the absence of notice in writing having been received from the Assured prior to the expiry of the Notice,

        (i)  the Assured shall be deemed to have agreed to such amendment of the said listed areas,

        (ii)  the insurance will be automatically reinstated upon expiry of the Notice subject to such amendment of the said listed areas, and

        (iii)  such amendment shall be deemed to have been endorsed upon and form part of the insurance;

    1  where the listed areas applying to this insurance prior to the Notice have been the subject of any deletion amendment limitation or restriction, such deletion amendment limitation or restriction

        (a)  shall continue to apply *mutatis mutandis* to the new listed areas, but

        (b)  shall not apply to any port(s) and/or place(s) and/or area added in consequence of the Notice;

    1  notwithstanding the foregoing, should the insurance already be subject to navigation limitations so limiting the area of trading that any port(s) and/or place(s) and/or area tobe added in consequence of the Notice would not in any case have been a permitted port(s) of call or area of trading, the insurance shall <u>not</u> be subject to the Notice.

5  If this clause is endorsed upon any policy or contract of reinsurance, the terms "Assured" and "insurance" shall be deemed to be amended to read "Reassured" and "reinsurance" respectively.

JW2005/001B
20 June 2005



**U.S. TERRORISM RISK INSURANCE ACT OF 2002 AS AMENDED**
**NEW & RENEWAL BUSINESS ENDORSEMENT**

This Endorsement is issued in accordance with the terms and conditions of the "U.S. Terrorism Risk Insurance Act of 2002" as amended as summarized in the disclosure notice.

In consideration of an additional premium of USD{Missing} paid, it is hereby noted and agreed with effect from inception that the Terrorism exclusion to which this Insurance is subject, shall not apply to any "insured loss" directly resulting from any "act of terrorism" as defined in the "U.S. Terrorism Risk Insurance Act of 2002" as amended ("TRIA").

The coverage afforded by this Endorsement is only in respect of any "insured loss" of the type insured by this Insurance directly resulting from an "act of terrorism" as defined in TRIA. The coverage provided by this Endorsement shall expire at 12:00 midnight December 31, 2007, the date on which the TRIA Program is scheduled to terminate or the expiry date of the policy whichever occurs first, and shall not cover any losses or events which arise after the earlier of these dates. The Terrorism exclusion, to which this Insurance is subject, applies in full force and effect to any other losses and any act or events that are not included in said definition of "act of terrorism".

This Endorsement only affects the Terrorism exclusion to which this Insurance is subject. All other terms, conditions, insured coverage and exclusions of this Insurance including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this Insurance.

Furthermore the Underwriter(s) will not be liable for any amounts for which they are not responsible under the terms of TRIA (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on the Underwriter's liability for payment for terrorism losses.

22/12/05
LMA5052
Form approved by Lloyd's Market Association



## UNINSURED BOATER WORDING

**PERILS INSURED AGAINST:**

Underwriters will pay the damages which, because of bodily injury received aboard your yacht, you are legally entitled to recover from the uninsured owner or operator of another yacht.

"Uninsured boater" and "uninsured owner or operator" mean an owner or operator of a yacht other than the yacht named in this policy who is legally responsible for the accident, and;

(a) to whom no liability policy applies; or

(b) who cannot be identified (such as a hit and run operator).

**EXCLUSIONS:**

Underwriters do not provide Uninsured Boater coverage:

(a) for claims settled without our written consent;

(b) if the uninsured yacht is owned by a governmental agency or unit;

(c) for uninsured yachts owned by or furnished for the regular use of you, a member of your immediate family, or any person insured by this policy;

(d) for an insured using a yacht without permission; or

(e) when the yacht named in this policy is being chartered.

(f) where no evidence of physical contact exists between your yacht and an unidentified yacht or where no evidence of physical contact exists between your yacht and an uninsured yacht.

This coverage will not apply directly or indirectly to the benefit of any insurer under any state or federal compensation law or act.

Payment made for this coverage to or for an insured person will reduce the amount that person is entitled to recover from the Liability coverage of this policy.

**AMOUNT OF INSURANCE:**

The amount shown for Uninsured Boater coverage on the Policy Schedule is the most Underwriters will pay under this insurance, regardless of the number of insured persons, claims made, or yachts involved in any one accident or series of accidents arising out of the same event.



## SERVICE OF SUIT CLAUSE (U.S.A.)

It is agreed that in the event of the failure of Underwriters hereon or any of them to pay any amount claimed to be due hereunder, Underwriters hereon, at the request of the Assured, will submit to the jurisdiction of any Court of competent jurisdiction within the United States and will comply with all requirements to give such Court Jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed the service of process in such suit may be made upon Messrs. Mendes and Mount, 750 Seventh Avenue, New York, NY 10019 - 6829, U.S.A., and that in any suit instituted against any one of them upon this policy, Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

Mendes and Mount are authorised and directed to accept service of process on behalf of Underwriters in any such suit and/or upon the request of the Assured to give written undertaking to the Assured that they will enter a general appearance upon Underwriters behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any State, territory or district of the United States which makes provision therefor, Underwriters hereon hereby designate the Superintendent Commissioner or Director of Insurance or other officer specified for that purpose in the Statute, or his successors in Office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Assured or any beneficiary hereunder arising out of this policy, and hereby designate Mendes and Mount as the firm to whom the said officer is authorised to mail such process or a true copy thereof.



### PERSONAL EFFECTS CLAUSE

It is hereby agreed that this policy is extended, for the period stated hereunder, to cover the Personal Effects of the Assured and/or Assured's family against all risks of whatsoever nature but excluding claims arising from:-

1. Damp, mould, mildew, moth, vermin, wear, tear and gradual deterioration.
2. Breakage of articles of a brittle nature unless such breakage is caused by burglars, thieves, fire, stress of weather, stranding, sinking or collision.
3. Loss of cash, currency or bank notes.

This cover only to operate from the time the Assured leaves his and/or her place of residence and/or occupation, whilst in transit to and from, on board, or used in connection with the insured vessel, and until return to place of residence and/or occupation.

**Average Clause.** This insurance is subject to the condition of average, that is to say, if the property covered shall at the time of any loss be of greater value than the sum insured hereby, the Assured shall only be entitled to recover hereunder such proportion of the said loss as the sum insured bears to the total value of the said property.

**Non-Contribution Clause.** This insurance does not cover any loss or damage which at the time of the happening of such loss or damage is insured by or would, but for the existence of this Policy, be insured by any other existing policy or policies except in respect of any excess beyond the amount which would have been payable under such other policy or policies had this insurance not been effected.



10/11/2003

INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, CIO-CHEMICAL AND
ELECTROMAGNETIC WEAPONS EXCLUSION CLAUSE.

**This clause shall be paramount and shall override anything contained in this insurance inconsistent
therewith**

1.  In no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or
    contributed to by or arising from

    1    ionising radiation's from or contamination by radioactivity from any nuclear fuel or
         from any nuclear waste or from the combustion of nuclear fuel

    2    the radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear
         installation, reactor or other nuclear assembly or nuclear component thereof

    3    any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or
         radioactive force or matter

    4    the radioactive, toxic, explosive or other hazardous or contaminating properties of any
         radioactive matter. The exclusion in this sub-clause does not extend to radioactive isotopes, other
         than nuclear fuel, when such isotopes are being prepared, carried, stored or used for commercial,
         agricultural, medical, scientific or other similar peaceful purposes

    5    any chemical, biological, bio-chemical, or electromagnetic weapon.

CL 370



**U.S.A. & CANADA ENDORSEMENT FOR THE**

**INSTITUTE RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, BIO-CHEMICAL AND ELECTROMAGNETIC WEAPONS EXCLUSION CLAUSE 10/11/03**

This policy is subject to the Institute Radioactive Contamination, Chemical, Biological, Bio-Chemical And Electromagnetic Weapons Exclusion Clause 10/11/03 (RACCBE). The inclusion of RACCBE in this policy is material to underwriters' willingness to provide coverage at the quoted terms, conditions and rates.

It is the intent of the parties to give maximum effect to RACCBE as permitted by law.

In the event that any portion of RACCBE may be found to be unenforceable in whole or in part under the law of any state, territory, district, commonwealth or possession of the U.S.A., or any province or territory of Canada, the remainder shall remain in full force and effect under the laws of that state, territory, district, commonwealth or possession, province or territory. Further, any such finding shall not alter the enforceability of RACCBE under the laws of any other state, territory, district, commonwealth or possession of the U.S.A., or any province or territory of Canada, to the fullest extent permitted by applicable law.

USCAN B
29/01/04



## BROKERS CANCELLATION CLAUSE

If payment of premiums or any instalment thereof is not made by the Assured on the date agreed, this policy may be cancelled by the Assurer giving to the Assured named herein ten days' notice of such cancellation. A written and/or telegraphic notice by or through the Brokers, or their Correspondents who negotiated the insurance, to said Assured at his last known address shall constitute a complete notice as required under this clause. Such cancellation shall be without prejudice to premiums earned and due for the period the policy is in force, and to any losses pending on the date of cancellation; however, in the event of a total or constructive total loss of the subject matter of this insurance occurring prior to cancellation, the full annual premium shall be deemed earned.



**LLOYD'S PRIVACY POLICY STATEMENT**

**UNDERWRITERS AT LLOYD'S, LONDON**

The Certain Underwriters at Lloyd's, London want you to know how we protect the confidentiality of your non-public personal information. We want you to know how and why we use and disclose the information that we have about you. The following describes our policies and practices for securing the privacy of our current and former customers.

**INFORMATION WE COLLECT**

The non-public personal information that we collect about you includes, but is not limited to:

- Information contained in applications or other forms that you submit to us, such as name, address, and social security number

- Information about your transactions with our affiliates or other third-parties, such as balances and payment history

- Information we receive from a consumer-reporting agency, such as credit-worthiness or credit history

**INFORMATION WE DISCLOSE**

We disclose the information that we have when it is necessary to provide our products and services. We may also disclose information when the law requires or permits us to do so.

**CONFIDENTIALITY AND SECURITY**

Only our employees and others who need the information to service your account have access to your personal information. We have measures in place to secure our paper files and computer systems.

**RIGHT TO ACCESS OR CORRECT YOUR PERSONAL INFORMATION**

**You have a right to request access to or correction of your personal information that is in our possession.**

**CONTACTING US**

If you have any questions about this privacy notice or would like to learn more about how we protect your privacy, please contact the agent or broker who handled this insurance. We can provide a more detailed statement of our privacy practices upon request.

06/03
LSW1135B



**LONDON BLOCKING AND TRAPPING ADDENDUM**

**(For use with Institute War and Strikes Clauses Hulls-1/10/83)**

It is hereby agreed that the inability of the vessel to sail from any port, canal, waterway or other place to the high seas for a continuous period of 12 months as a result of the closure of the connecting channel to all vessels of such size or draft is within the term "restraint" appearing in Clause 3 of the Institute War and Strikes Clauses - Hulls 1/10/83 provided that such closure has arisen through the blockage of the waterway by a warlike act, or act of national defence.

3/84
LPO 444



10/11/03

**INSTITUTE CYBER ATTACK EXCLUSION CLAUSE**

1.1 Subject only to clause 1.2 below, in no case shall this insurance cover loss damage liability or expense directly or indirectly caused by or contributed to by or arising from the use or operation, as a means for inflicting harm, of any computer, computer system, computer software programme, malicious code, computer virus or process or any other electronic system.

1.2 Where this clause is endorsed on policies covering risks of war, civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or any hostile act by or against a belligerent power, or terrorism or any person acting from a political motive, Clause 1.1 shall not operate to exclude losses (which would otherwise be covered) arising from the use of any computer, computer system or computer software programme or any other electronic system in the launch and/or guidance system and/or firing mechanism of any weapon or missile.

CL 380



**PREMIUM PAYMENT CLAUSE**

The (Re)Insured undertakes that premium will be paid in full to Underwriters within 60 days of inception of this policy (or, in respect of instalment premiums, when due).

If the premium due under this policy has not been so paid to Underwriters by the 60th day from the inception of this policy (and, in respect of instalment premiums, by the date they are due) Underwriters shall have the right to cancel this policy by notifying the (Re)Insured via the broker in writing. In the event of cancellation, premium is due to Underwriters on a pro rata basis for the period that Underwriters are on risk but the full policy premium shall be payable to Underwriters in the event of a loss or occurrence prior to the date of termination which gives rise to a valid claim under this policy.

It is agreed that Underwriters shall give not less than 15 days prior notice of cancellation to the (Re)Insured via the broker. If premium due is paid in full to Underwriters before the notice period expires, notice of cancellation shall automatically be revoked. If not, the policy shall automatically terminate at the end of the notice period.

Unless otherwise agreed, the Leading Underwriter (and Agreement Parties if appropriate) are authorised to exercise rights under this clause on their own behalf and on behalf of all Underwriters participating in this contract.

If any provision of this clause is found by any court or administrative body of competent jurisdiction to be invalid or unenforceable, such invalidity or unenforceability will not affect the other provisions of this clause which will remain in full force and effect.

Where the premium is to be paid through a London Market Bureau, payment to Underwriters will be deemed to occur on the day of delivery of a premium advice note to the Bureau.

11/01
LSW3000



NOTICE

1. THE INSURANCE POLICY THAT YOU HAVE PURCHASED IS BEING ISSUED BY AN INSURER THAT IS NOT LICENSED BY THE STATE OF CALIFORNIA. THESE COMPANIES ARE CALLED "NONADMITTED" OR "SURPLUS LINE" INSURERS.

2. THE INSURER IS NOT SUBJECT TO THE FINANCIAL SOLVENCY REGULATION AND ENFORCEMENT WHICH APPLIES TO CALIFORNIA LICENSED INSURERS.

3. THE INSURER DOES NOT PARTICIPATE IN ANY OF THE INSURANCE GUARANTEE FUNDS CREATED BY CALIFORNIA LAW. THEREFORE, THESE FUNDS WILL NOT PAY YOUR CLAIMS OR PROTECT YOUR ASSETS IF THE INSURER BECOMES INSOLVENT AND IS UNABLE TO MAKE PAYMENTS AS PROMISED.

4. CALIFORNIA MAINTAINS A LIST OF ELIGIBLE SURPLUS LINE INSURERS APPROVED BY THE INSURANCE COMMISSIONER. ASK YOUR AGENT OR BROKER IF THE INSURER IS ON THAT LIST.

5. FOR ADDITIONAL INFORMATION ABOUT THE INSURER YOU SHOULD ASK QUESTIONS OF YOUR INSURANCE AGENT, BROKER, OR "SURPLUS LINE" BROKER OR CONTACT THE CALIFORNIA DEPARTMENT OF INSURANCE, AT THE FOLLOWING TOLL-FREE TELEPHONE NUMBER: 1-800-927-4357.

6. IF YOU, AS THE APPLICANT, REQUIRED THAT THE INSURANCE POLICY YOU HAVE PURCHASED BE BOUND IMMEDIATELY, EITHER BECAUSE EXISTING COVERAGE WAS GOING TO LAPSE WITHIN TWO BUSINESS DAYS OR BECAUSE YOU WERE REQUIRED TO HAVE COVERAGE WITHIN TWO BUSINESS DAYS, AND YOU DID NOT RECEIVE THIS DISCLOSURE FORM AND A REQUEST FOR YOUR SIGNATURE UNTIL AFTER COVERAGE BECAME EFFECTIVE, YOU HAVE THE RIGHT TO CANCEL THIS POLICY WITHIN FIVE DAYS OF RECEIVING THIS DISCLOSURE. IF YOU CANCEL COVERAGE, THE PREMIUM WILL BE PRORATED AND ANY BROKER FEE CHARGED FOR THIS INSURANCE WILL BE RETURNED TO YOU.

12/04
LSW1147A



| JWC Hull War, Piracy, Terrorism and Related Perils Listed Areas (12th June 2013) |
| --- |
| **Africa** |
| Benin |
| Eritrea, but only South of 15° N |
| Gulf of Guinea, but only the waters of the Togolese, Beninese and Nigerian Exclusive Economic Zones north of Latitude 3° N |
| Libya |
| Nigeria |
| Somalia |
| Togo |
| |
| **Indian Ocean / Arabian Sea / Gulf of Aden / Gulf of Oman / Southern Red Sea** |
| Waters as defined overleaf |
| |
| **Asia** |
| Pakistan |
| |
| **Indonesia / Malaysia / Philippines** |
| Borneo, but only the north east coast between the ports of Kudat and Tarakan inclusive |
| The port of Jakarta |
| Sulu Archipelago including Jolo, as defined overleaf |
| |
| **Middle East** |
| Bahrain excluding transit |
| Iran |
| Iraq, including all Iraqi offshore oil terminals |
| Israel |
| Lebanon |
| Saudi Arabia excluding transit |
| Syria |
| Yemen |
| |
| **South America** |
| Venezuela, including all offshore installations in the Venezuelan EEZ |



**Definitions:**

**Named Countries** shall include their coastal waters up to 12 nautical miles offshore, unless specifically varied above.

**Named Ports** shall include all facilities/terminals within areas controlled by the relevant port authority/ies (or as may be more precisely defined by Insurers) including offshore terminals/facilities, and all waters within 12 nautical miles of such but not exceeding 12 nautical miles offshore unless specifically stated.


**Sulu Archipelago**

The area enclosed between:

a)      on the western side, a straight line between Tanjung Bidadari (5°49' 6N, 118°21' 0E)  to position 3°32' 0N, 118°57' 0E

b)      on the south eastern side, a straight line from there to position 5°50' 0N, 122°31' 0E, and thence northwards to position 7°06' 6N, 122°31' 0E

c)      on the northern side, a straight line from there to Batorampon Point Light (7°06' 6N, 121°53' 8E)

d)      and on the north western side, a straight line from there back to Tanjung Bidadari.


**Indian Ocean / Arabian Sea / Gulf of Aden / Gulf of Oman / Southern Red Sea**

The waters enclosed by the following boundaries:

a)      On the north-west, by the Red Sea, south of Latitude 15° N

b)      on the west of the Gulf of Oman by Longitude 58° E

c)      on the east, Longitude 78° E

d)      and on the south, Latitude 12° S

excepting coastal waters of adjoining territories up to 12 nautical miles offshore unless otherwise provided.