PETER M. HUGHES, ESQ. (State Bar No. 134944)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
655 West Broadway, Suite 900
San Diego, CA 92101-8484
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Email: peter.hughes @wilsonelser.com

Attorneys for Plaintiff and Counter-Defendant
Certain Interested Underwriters at Lloyd's, London

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S, LONDON,<br><br>    Plaintiff,<br><br>vs.<br><br>BEAR LLC, a Delaware Limited Liability Company, and DOES 1 through 50,<br><br>    Defendants. | Case No. 15-cv-0630-BTM(BML)<br>Associated Case: 14-cv-02960-BTM-BLM<br><br>**IN ADMIRALTY**<br><br>**DECLARATION OF PETER M. HUGHES, ESQ. IN SUPPORT OF CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S, LONDON'S SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY JUDGMENT OF CLAIMS AND/OR DEFENSES** |
| BEAR, LLC, a Delaware Limited Liability Company,<br><br>    Counterclaimant,<br><br>vs.<br><br>CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S, LONDON,<br><br>    Counter-Defendant,<br><br>and<br><br>MARSH USA, INC., a Delaware corporation,<br><br>    Third-Party Defendant. | Judge: Hon. Barry Ted Moskowitz<br>Location: Courtroom 15B<br><br>Magistrate: Hon. Barbara Lynn Major<br>Location: 11th Floor<br><br><br>Date: September 23, 2016<br>Time: 11:00 a.m.<br>Judge: Hon. Barry Ted Moskowitz<br>Courtroom: 15B (Carter & Keep)<br><br>**NO ARGUMENT UNLESS REQUESTED BY THE COURT** |

I, Peter M. Hughes, declare:

1. I am an attorney admitted to practice before the United States District Court for the Southern District of California and am Of Counsel in the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, counsel for Certain Interested Underwriters at Lloyd's, London ("Underwriters") in this case. I am the attorney in the firm primarily responsible for representing Underwriters. I have been personally involved in oral and written communications with Bear LLC ("Bear") and its counsel, consulted with experts investigating the background regarding the loss, communicated verbally and in writing to the Chula Vista Fire Department, sought and obtained documentation and evidence from relevant third parties, attended site presentations and visual inspection of the Polar Bear, and discussed with counsel for Bear entering into a tolling agreement and stay of any legal dispute between Underwriters and Bear.

2. On June 26, 2014 I attended the presentations and visual inspection of the Polar Bear at the Marine Group Boat Works yard facility. At that time I met William Dysart, who informed me that he had been retained as Bear's counsel.

3. On June 30, 2014 I sent a letter to Bear and its counsel on behalf of Underwriters acknowledging Bear's Notice of Loss and Underwriters request for information and documentation. Thereafter, on behalf of Underwriters I renewed Underwriters request for information and documentation from Bear, consulted with fire cause and origin, mechanical and marine surveying consultants investigating the background regarding the loss, spoke with and emailed the lead fire investigator Fernando Felix and others at the Chula Vista Fire Department regarding the status of the Fire Cause and Origin Investigation and Report, obtained videotape of the Polar Bear taken prior to and during the fire from Marine Group Boat Works counsel, sought documentation informally from relevant third parties including Marine Group Boat Works, Bear, Universal Steel Fabricators, and Citadel Yachts, and a partner

from my firm Greg Hagen attended additional site presentations with further visual destructive testing of the Polar Bear.

4. From August 6, 2014 to December 5, 2014, I on behalf of Underwriters continued to seek responses from Bear and its counsel to Underwriters prior request for information and documentation, consulted with fire cause and origin, mechanical and marine surveyor consultants, continued to contact and served a formal request to the Chula Vista Department for the Fire Cause and Origin Investigation and Report, continued to seek documents from the relevant third parties, and discussed entering into a tolling agreement and stay of any legal dispute between Underwriters and Bear so that Bear could pursue third parties responsible for the fire. During this time Bear's counsel preliminary agreed to the tolling agreement proposal.

5. Upon receipt of the December 5, 2014 Bear's response to Underwriters request for information and documentation, on Underwriters behalf I continued to follow up with Bear's counsel on the preliminary agreement to enter into a tolling agreement and stay of proceedings between Underwriters and Bear and the status of the Chula Vista Fire Department's Fire Cause and Origin Investigation and Report. On behalf of Bear, Bear's counsel ultimately formally declined Underwriter's offer of a tolling agreement and stay of proceedings.

6. Exhibit A is a true and correct copy of Bear's Second Amended Counter-Claim.

7. Exhibit B is a true and correct copy of excerpts of the deposition transcript of Roger Trafton, Volume I.

8. Exhibit B1 is a true and correct copy of excerpts of the deposition transcript of Roger Trafton, Volume II.

9. Exhibit B2 is a true and correct copy of excerpts of the deposition transcript of Roger Trafton, Volume III.

10. Exhibit C is a true and correct copy of a December 27, 2013 email from Marsh to Trafton attaching the 2013-2014 insurance policies.

3

Case No. 15-cv-0630-BTM(BLM)

1816199v.1

11. Exhibit D is a true and correct copy of excerpts of the deposition transcript of Kathleen Harris Johnson.

12. Exhibit E is a true and correct copy of the October 20, 2011 letter from Marsh to Bear enclosing the insurance policies.

13. Exhibit F is a true and correct copy of the September 27, 2012 letter from Marsh to Bear enclosing the insurance policies.

14. Exhibit G is a true and correct copy of October 9, 2013 letter from Marsh to Bear enclosing the insurance policies.

15. Exhibit H is a true and correct copy of excerpts of the deposition transcript of Larry Jodsaas, Volume I.

16. Exhibit I is a true and correct copy of the September 6, 2011 insurance policy Cover Note.

17. Exhibit J is a true and correct copy of the September 5, 2012 insurance policy Cover Note.

18. Exhibit K is a true and correct copy of the August 28, 2013 insurance policy Cover Note.

19. Exhibit L is a true and correct copy of the November 1, 2011 email from Marsh to Trafton attaching electronic copies of the insurance policies.

20. Exhibit M is a true and correct copy of Certain Interested Underwriters at Lloyd's, London First Amended Complaint.

21. Exhibit N is a true and correct copy of Bear's answer to Certain Interested Underwriters at Lloyd's, London First Amended Complaint.

22. Exhibit O is a true and correct copy of the 2010 Marsh Yacht Insurance Proposal.

23. Exhibit P is a true and correct copy of the 2012 Marsh Yacht Insurance Proposal.

24. Exhibit Q is a true and correct copy of the 2013 Marsh Yacht Insurance Proposal.

25. Exhibit R is a true and correct copy of the November 2, 2013 email from Marsh to Jodsaas and Trafton attaching insurance proposals.

26. Exhibit S is a true and correct copy of an email from Marsh attaching the 2012 Yacht Insurance Proposal.

27. Exhibit T is a true and correct copy of the August 21, 2012 email from Jodsaas to Marsh approving the August 20, 2012 Yacht Insurance Proposal.

28. Exhibit U is a true and correct copy of the August 20, 2013 email from Marsh attaching the 2013 Yacht Insurance proposal.

29. Exhibit V is a true and correct copy of a November 8, 2010 Marsh memorandum referencing a conference call to review insurance proposal with Jodsaas.

30. Exhibit W is a true and correct copy of the December 14, 2010 email from Marsh to Trafton and Jodsaas regarding comments on insurance proposals.

31. Exhibit X is a true and correct copy of the August 23, 2011 Acknowledgement Form and Confirmation of Binding Instructions signed by Jodsaas.

32. Exhibit Y is a true and correct copy of the August 22, 2013 Acknowledgement Form and Confirmation of Binding Instructions signed by Trafton.

33. Exhibit Z is a true and correct copy of the 2012 confirmation of Binding Instructions.

34. Exhibit AA is a true and correct copy of excerpts of the deposition transcript of Richard Masters.

35. Exhibit BB is a true and correct copy of excerpts of the deposition transcript of Jeffrey Posner.

36. Exhibit CC is a true and correct copy of Bear's Complaint in the Bear, LLC v. Marine Group Boat Works, et al. matter.

1816199v.1

37. Exhibit DD is a true and correct copy of excerpts of the deposition transcript of Damon Nasman.

38. Exhibit EE is a true and correct copy of the December 5, 2014 letter from Wright, L'Estrange & Ergastolo to Underwriters.

39. Exhibit FF is true and correct copy of the June 20, 2014 Marsh memorandum of Donna Savage regarding phone calls with Trafton after the fire.

40. Exhibit GG is a true and correct copy of the May 15, 2014 email from Trafton to Marine Group Boat Works.

41. Exhibit HH is a true and correct copy of October 23, 2014 Certified-Return Receipt Requested letter from Wright, L'Estrange & Ergastolo to Marsh.

42. Exhibit II is a true and correct copy of the July 15, 2016 letter from Wright, L'Estrange & Ergastolo to Underwriters.

43. Exhibit JJ is a true and correct copy of excerpts of the deposition transcript of Jason Stephenson.

44. Exhibit KK is a true and correct copy of a June 17, 2014 Marsh memorandum by Patrice Grossinger regarding a phone call with Larry Jodsaas.

45. Exhibit LL is a true and correct copy of Marsh Professional Standards Manual.

46. Exhibit MM is a true and correct copy of excerpts of the deposition transcript of Patrice Grossinger.

47. Exhibit NN is a true and correct copy of excerpts of the deposition transcript of Debbie Philibert.

48. Exhibit OO is a true and correct copy of excerpts of the deposition transcript of Paul Marks.

1816199v.1

49. Exhibit PP is a true and correct copy of Bear's First Amended Counterclaim.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 29th day of July, 2016, in San Diego, California.

                                     */s/ Peter M. Hughes*
                                      Peter M. Hughes

1816199v.1